UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMAN TOUCH, LLC (formerly INTERACTIVE HEALTH, LLC) and DAITO DENKI KOGYU K.K., d/b/a DAITO ELECTRIC MACHINE INDUSTRY COMPANY, LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> KINGKONG USA, INC., AMERICAN LIGHTING INDUSTRY, INC., BERNARD KOAY, an individual, HEALTHFIRST LLC, WFO IMPORTS, LLC and BLAIR HAYES, an individual, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. CV 06-1902 VBF PLAx <br><br> **ORDER RE STIPULATED PERMANENT INJUNCTION AGAINST KKUI DEFENDANTS RE TRADEMARK, TRADE DRESS AND UNFAIR COMPETITION CLAIMS** <br><br><br> **Hon. Valerie Baker Fairbank** |

-1-

CHRISTIE, PARKER & HALE, LLP

Upon stipulation of Plaintiff Human Touch, LLC. and Defendants KingKong USA, Inc., American Lighting Industry, Inc., Bernard Koay ("KKUI Defendants") and the Court being fully advised in this matter, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the parties and of the subject matter of this action.

2. Venue is proper in this judicial district.

3. The KKUI Defendants, their principals, employees, and/or agents and anyone acting in concert with any of them, including any entity controlled by any of the KKUI Defendants, or any host of a website over which any of the KKUI Defendants controls the content, are permanently enjoined from:

a) Using the phrases Human Touch, HT Human Touch and/or HTT Human Touch Technology as a trademark or trade name alone or in combination with other words or letters, including but not limited to HUMAN TOUCH MASSEUSE and ULTIMATE HUMAN TOUCH MASSEUSE, in any advertisement or an any website or in any other way in connection with the sale or offer for sale of massage chairs or other products;

b) Selling, offering for sale or advertising in the United States the KingKong Leisure model massage chair or any other chair having the same trade dress as or trade dress not colorably different from the trade dress of the Leisure model massage chair.

///
///
///
///
///
///

CHRISTIE, PARKER & HALE, LLP

4. This Court shall retain jurisdiction concerning enforcement of this Stipulated Permanent Injunction.

**IT IS SO ORDERED:**

Dated: 9/19/08

_____
Honorable Valerie Baker Fairbank
Judge, United States District Court

As to submission:

CHRISTIE, PARKER & HALE, LLP


By _____
David A. Dillard
Syed A. Hasan
Gary Dukarich

Attorneys for Plaintiffs/Counterdefendants,
HUMAN TOUCH, LLC
(formerly INTERACTIVE HEALTH, LLC)
and DAITO DENKI KOGYU K.K., d/b/a
DAITO ELECTRIC MACHINE
INDUSTRY COMPANY, LTD.

RG PAS814631.1-*-09/18/08 6:56 PM