DAVID A. DILLARD, CA Bar No. 97515
david.dillard@cph.com
SYED A. HASAN, CA Bar No. 167323
art.hasan@cph.com
GARY DUKARICH, CA Bar No. 188561
gary.dukarich@cph.com
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiffs/Counterdefendants,
HUMAN TOUCH, LLC (formerly
INTERACTIVE HEALTH, LLC) and
DAITO DENKI KOGYU K.K., d/b/a DAITO
ELECTRIC MACHINE INDUSTRY
COMPANY, LTD.

FILED
CLERK, U.S. DISTRICT COURT
SEP 19 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMAN TOUCH, LLC (formerly INTERACTIVE HEALTH, LLC) and DAITO DENKI KOGYU K.K., d/b/a DAITO ELECTRIC MACHINE INDUSTRY COMPANY, LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> KINGKONG USA, INC., AMERICAN LIGHTING INDUSTRY, INC., BERNARD KOAY, an individual, WFO IMPORTS, LLC and BLAIR HAYES, an individual,, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. CV 06-1902 VBF PLAx <br><br> **STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANT WFO IMPORTS, LLC** <br><br> Hon. Valerie Baker Fairbank |

-1-

Upon stipulation of Plaintiff Human Touch, LLC ("Plaintiff"), and Defendants WFO Imports Inc., LLC. and Blair Hayes (collectively "WFO") and the Court being fully advised in this matter, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the parties and of the subject matter of this action.

2. Venue is proper in this judicial district.

3. The undersigned representatives of each corporate party certify that they are fully authorized to enter into this Stipulated Permanent Injunction and to execute and to bind legally the parties thereto.

4. WFO, its principals, employees, and/or agents and any entity controlled by WFO, or any host of a website over which WFO controls the content, are permanently enjoined from:

   (a) Using Plaintiff's HUMAN TOUCH, HT HUMAN TOUCH, or HTT HUMAN TOUCH TECHNOLOGY [or Interactive Health] marks or names alone or in combination with other words including, but not limited to HUMAN TOUCH ALGORITHM except with respect to referring to a genuine Human Touch product in comparative advertisements;

   (b) Making any of the statements that are identified in Exhibit A attached hereto that have been found to be false and replacing those statements with statements as identified in Exhibit A attached hereto.

   (c) Representing that WFO, or any entity controlled by WFO, or any host of a website over which WFO controls the content, is a dealer or distributor or reseller of any Human Touch product or that a customer can order a Human Touch product from WFO or any entity controlled by WFO, or any host of a website over which WFO controls the content; or

   (d) Advertising any Human Touch product along with the instruction "Call for Price" or "Call Toll Free" or any equivalent instruction to

1  obtain the price of the Human Touch product.

2      5.    This Court shall retain jurisdiction concerning enforcement of this Stipulated Permanent Injunction.

CHRISTIE, PARKER & HALE, LLP

BROWNSTEIN HYATT FARBER SCHRECK, P.C.

By: _____
David A. Dillard
Syed A. Hasan

By: _____
Peter J. Korneffel, Jr.
Richard Benenson

Attorneys for Plaintiffs
Human Touch, LLC (formerly Interactive Health, LLC) and
Daito Denki Kogyu K.K., d/b/a Daito Electric Machine Industry Company, Ltd.

Attorneys for Defendants
WFO Imports, LLC and Blair Hayes

**IT IS SO ORDERED:**

Dated: 9-19-08

_____
Honorable Valerie Baker Fairbank
Judge, United States District Court