1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11   HUMAN TOUCH, LLC (formerly              Case No. CV 06-1902 VBF PLAx
     INTERACTIVE HEALTH, LLC) and
12   DAITO DENKI KOGYU K.K., d/b/a
     DAITO ELECTRIC MACHINE
13   INDUSTRY COMPANY, LTD.,                 **JUDGMENT ON CLAIMS
                                             AGAINST WFO IMPORTS, LLC
14                Plaintiffs,                 AND BLAIR HAYES AND ON
                                             THE COUNTERCLAIMS OF
15         vs.                               WFO IMPORTS, LLC AND
                                             BLAIR HAYES**
16   KINGKONG USA, INC.,
     AMERICAN LIGHTING
17   INDUSTRY, INC., BERNARD
     KOAY, an individual, HEALTHFIRST
18   LLC, WFO IMPORTS, LLC and
     BLAIR HAYES, an individual,
19
                  Defendants.
20                                           **Hon. Valerie Baker Fairbank**

21
     WFO IMPORTS, LLC and BLAIR
22   HAYES,

23              Counterclaim Plaintiffs,

24         vs.

25   HUMAN TOUCH, LLC and DAITO
     DENKI KOGYU K.K., d/b/a DAITO
26   ELECTRIC MACHINE INDUSTRY
     COMPANY, LTD.,
27
                Counterclaim Defendants.
28

CHRISTIE, PARKER & HALE, LLP

The patent claims and counterclaim in this action having come on regularly for jury trial, the Honorable Valerie Baker Fairbank presiding, those claims and that counterclaim having been tried to a jury, the jury having rendered its verdicts, copies of which are attached hereto as Exhibit A, and the Court having made certain findings thereon;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that claims 1, 4, 5 and 6 of United States Patent No. 6,629,940 ("'940 patent"), entitled "Lower Leg Massager and Chair Type Massaging Apparatus Using the Same," issued October 7, 2003 to the late Nobuzo Shimizu, are valid and infringed by WFO Imports ("WFO"); Claims 8 and 9 of the '940 patent are invalid for obviousness, and no inequitable conduct occurred during the prosecution of the application which issued as the '940 patent;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiffs Human Touch, LLC and Daito Denki Kogyu K.K. shall have and recover from Defendant WFO Imports, LLC judgment damages in the principal amount of One Million Seven Hundred Twenty-Six Thousand Seven Hundred Twenty-Six Dollars and Fifty-Six Cents ($1,726,726.56), along with prejudgment interest, post-judgment interest in accordance with 28 U.S.C. § 1961, and costs;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs' claims for permanent injunctive relief on the patent claims against WFO and Mr. Hayes are denied.;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the counterclaim of Counterclaimants WFO Imports, LLC and Blair Hayes ("Hayes") for non-infringement and invalidity of the '940 patent is dismissed with prejudice, that Counterclaimants take nothing thereby, and costs for the counterclaim are taxed against Counterclaimants and awarded to Counterdefendants Human Touch, LLC and Daito Denki Kogyu K.K.;

-2-

CHRISTIE, PARKER & HALE, LLP

1    **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that
2    WFO, their principals, employees, and/or agents and any entity controlled by
3    WFO, or any host of a website over which WFO controls the content, are
4    permanently enjoined from:

5    (a)   Using Plaintiff's HUMAN TOUCH, HT HUMAN TOUCH,
6    HTT HUMAN TOUCH TECHNOLOGY or INTERACTIVE HEALTH marks or
7    names alone or in combination with other words including, but not limited to
8    HUMAN TOUCH ALGORITHM except with respect to referring to a genuine
9    Human Touch product in comparative advertisements;

10   (b)   Making any of the statements that are identified in Exhibit B
11   attached hereto that have been found to be false and replacing those statements
12   with statements as identified in Exhibit B attached hereto.

13   (c)   Representing that WFO, or any entity controlled by WFO, or any
14   host of a website over which WFO controls the content, is a dealer or distributor
15   or reseller of any Human Touch product or that a customer can order a Human
16   Touch product from WFO or any entity controlled by WFO, or any host of a
17   website over which WFO controls the content; or

18   (d)   Advertising any Human Touch product along with the
19   instruction "Call for Price" or "Call Toll Free" or any equivalent instruction to
20   obtain the price of the Human Touch product.

24   DATED:  September 24, 2008

*Valerie Baker Fairbank*

Hon. Valerie Baker Fairbank
United States District Judge

1

Form submitted by:

2

CHRISTIE, PARKER & HALE, LLP

3

4

By ___*/s/ David A. Dillard*_____
David A. Dillard

5

Syed A. Hasan
Gary Dukarich

6

7

Attorneys for Plaintiffs/Counterdefendant,
HUMAN TOUCH, LLC and
and DAITO DENKI KOGYU K.K.

8

RG PAS814976.1-*-09/23/08 4:29 PM

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

# EXHIBIT A





FILED
CLERK, U.S. DISTRICT COURT

AUG - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

1
2
3
4
5
6
7

8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 HUMAN TOUCH, LLC (formerly INTERACTIVE HEALTH, LLC) and | Case No. CV 06-1902 VBF PLAx |
| 12 DAITO DENKI KOGYU K.K., d/b/a DAITO ELECTRIC MACHINE | **SPECIAL VERDICT FORM** |
| 13 INDUSTRY COMPANY, LTD., | **TRIAL DATE:** July 29, 2008 |
| 14 Plaintiffs, | **TIME:** 8:30 a.m. |
| | **CTRM:** 9 |
| 15 vs. | **Hon. Valerie Baker Fairbank** |
| 16 KINGKONG USA, INC., AMERICAN LIGHTING | |
| 17 INDUSTRY, INC., BERNARD KOAY, an individual, WFO | |
| 18 IMPORTS, LLC and BLAIR HAYES, an individual, | |
| 19 | |
| 20 Defendants. | |

21
22
23
24
25
26
27
28

-1-

08/26/2008 01:15 FAX 213 894 0249          US DISTRICT CT                    ☑003

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PHASE 1

### (Invalidity Issues: Anticipation and Obviousness)

We, the jury in the above-entitled case, find the following special verdict on the questions submitted to us:

**Validity Of The Asserted Patent Claims**

1.     Have any of the Defendants proven by clear and convincing evidence that any of the following claims of the '940 patent is invalid because it is anticipated?

Claim 1    _____ YES    ☒ NO

Claim 4    _____ YES    ☒ NO

2.     Have any of the Defendants proven by clear and convincing evidence that any of the following claims of the '940 patent is invalid because it would have been obvious to a person of ordinary skill in the art at the time the invention was made?

Claim 1    _____ YES    ☒ NO

Claim 4    _____ YES    ☒ NO

Claim 5    _____ YES    ☒ NO

Claim 6    _____ YES    ☒ NO

Please sign and date the form.

Date: _8/5/08_____

_____
Foreperson

-3-

## 🔲 ORIGINAL



FILED
CLERK, U.S. DISTRICT COURT

AUG 1 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMAN TOUCH, LLC (formerly INTERACTIVE HEALTH, LLC) and DAITO DENKI KOGYU K.K., d/b/a DAITO ELECTRIC MACHINE INDUSTRY COMPANY, LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> KINGKONG USA, INC., AMERICAN LIGHTING INDUSTRY, INC., BERNARD KOAY, an individual, WFO IMPORTS, LLC and BLAIR HAYES, an individual, <br><br> Defendants. | Case No. CV 06-1902 VBF PLAx <br><br> **SPECIAL VERDICT FORM** <br><br> **TRIAL DATE:** **July 29, 2008** <br> **TIME:** **8:30 a.m.** <br> **CTRM:** **9** <br><br> **Hon. Valerie Baker Fairbank** |

-1-

08/26/2008 01:15 FAX 213 894 0249        US DISTRICT CT                    ☑006

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PHASE 2**

We, the jury in the above-entitled case, find the following special verdict on the question submitted to us:

1.  Have the Plaintiffs proven by a preponderance of the evidence that Defendant Blair Hayes induced WFO to directly infringe any claim of the '940 patent?

_____ YES

___✕___ NO

Please sign and date the form.

Date: ___0/12/08___

_____
Foreperson

# ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

AUG | 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HUMAN TOUCH, LLC (formerly INTERACTIVE HEALTH, LLC) and DAITO DENKI KOGYU K.K., d/b/a DAITO ELECTRIC MACHINE INDUSTRY COMPANY, LTD.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>WFO IMPORTS, LLC and BLAIR HAYES, an individual,<br><br>        Defendants. | Case No. CV 06-1902 VBF PLAx<br><br>**SPECIAL VERDICT FORM**<br><br>**TRIAL DATE:**   July 29, 2008<br>**TIME:**        8:30 a.m.<br>**CTRM:**       9<br><br><br>**Hon. Valerie Baker Fairbank** |

-1-

08/26/2008 01:16 FAX 213 894 0249          US DISTRICT CT                    ☐009

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PHASE 3**

CHRISTIE, PARKER & HALE, LLP

1    We, the jury in the above-entitled case, find the following special verdict

2    on the questions submitted to us:

3

4    1. Have the Plaintiffs proven by a preponderance of the evidence that they
     are entitled to lost profits?

5

       ___X___ Yes
6

7      _____ No

8    If so, in what amount?  $ 1,726,726 . 56

9    Separately, even if the Jury has determined that the Plaintiffs are entitled to
     lost profits, the Court would also ask the Jury to answer the following question:
10

11   2. What is the total amount of reasonable royalty?

12     $ 630,615.00

13

14

15   Please sign and date the form.

16

17   Date: 8/14/08

18         1:15 pm

19

20

21                                          _____
                                            Foreperson
22   SAG PAS808107.1-*-08/8/08 7:18 AM

23

24

25

26

27

28

                          -3-

# EXHIBIT B

1   DAVID A. DILLARD, CA Bar No. 97515
    david.dillard@cph.com
2   SYED A. HASAN, CA Bar No. 167323
    art.hasan@cph.com
3   GARY DUKARICH, CA Bar No. 188561
    gary.dukarich@cph.com
4   CHRISTIE, PARKER & HALE, LLP
    350 West Colorado Boulevard, Suite 500
5   Post Office Box 7068
    Pasadena, California 91109-7068
6   Telephone: (626) 795-9900
    Facsimile: (626) 577-8800
7
8   Attorneys for Plaintiffs/Counterdefendants,
    HUMAN TOUCH, LLC (formerly
    INTERACTIVE HEALTH, LLC) and
9   DAITO DENKI KOGYU K.K., d/b/a DAITO
    ELECTRIC MACHINE INDUSTRY
10  COMPANY, LTD.

11

12              UNITED STATES DISTRICT COURT

13             CENTRAL  DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  HUMAN TOUCH, LLC (formerly INTERACTIVE HEALTH, LLC) and | Case No. CV 06-1902 VBF PLAx |
| 16  DAITO DENKI KOGYU K.K., d/b/a DAITO ELECTRIC MACHINE | **STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANT WFO IMPORTS, LLC** |
| 17  INDUSTRY COMPANY, LTD., | |
| 18          Plaintiffs, | |
| 19      vs. | |
| 20  KINGKONG USA, INC., AMERICAN LIGHTING | |
| 21  INDUSTRY, INC., BERNARD KOAY, an individual, WFO | **Hon. Valerie Baker Fairbank** |
| 22  IMPORTS, LLC and BLAIR HAYES, an individual,, | |
| 23          Defendants. | |
| 24 | |
| 25  AND RELATED COUNTERCLAIMS | |

26

27

28

Upon stipulation of Plaintiff Human Touch, LLC ("Plaintiff"), and Defendants WFO Imports Inc., LLC. and Blair Hayes (collectively "WFO") and the Court being fully advised in this matter, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.   This Court has jurisdiction over the parties and of the subject matter of this action.

2.   Venue is proper in this judicial district.

3.   The undersigned representatives of each corporate party certify that they are fully authorized to enter into this Stipulated Permanent Injunction and to execute and to bind legally the parties thereto.

4.   WFO, its principals, employees, and/or agents and any entity controlled by WFO, or any host of a website over which WFO controls the content, are permanently enjoined from:

(a)   Using Plaintiff's HUMAN TOUCH, HT HUMAN TOUCH, or HTT HUMAN TOUCH TECHNOLOGY~~, marks or names~~ or Interactive Health alone or in combination with other words including, but not limited to HUMAN TOUCH ALGORITHM except with respect to referring to a genuine Human Touch product in comparative advertisements;

(b)   Making any of the statements that are identified in Exhibit A attached hereto that have been found to be false and replacing those statements with statements as identified in Exhibit A attached hereto.

(c)   Representing that WFO, or any entity controlled by WFO, or any host of a website over which WFO controls the content, is a dealer or distributor or reseller of any Human Touch product or that a customer can order a Human Touch product from WFO or any entity controlled by WFO, or any host of a website over which WFO controls the content; or

(d)   Advertising any Human Touch product along with the instruction "Call for Price" or "Call Toll Free" or any equivalent instruction to

-2-

1  obtain the price of the Human Touch product .

2      5.     This Court shall retain jurisdiction concerning enforcement of this

3  Stipulated  Permanent Injunction.

4

5  CHRISTIE, PARKER & HALE, LLP        BROWNSTEIN HYATT FARBER

6                                      SCHRECK, P.C.

7

8  By:                                By:

9        David A. Dillard                  Peter J. Korneffel, Jr.

10       Syed A. Hasan                     Richard Benenson

11  Attorneys for Plaintiffs           Attorneys for Defendants

12  Human Touch, LLC (formerly         WFO Imports, LLC and Blair Hayes
    Interactive Health, LLC) and

13  Daito Denki Kogyu K.K., d/b/a Daito

14  Electric Machine Industry Company,
    Ltd.

15

16      **IT IS SO ORDERED:**

17

18

19  Dated:    9- 19-08

20                                      Honorable  Valerie  Baker  Fairbank

21                                      Judge, United States District Court

22

23

24

25

26

27

28

CHRISTIE, PARKER & HALE, LLP

-3-

Premier Health Products



## PREMIER HEALTH PRODUCTS

🏠 Home    ✦ Sitemap

ABOUT PHP

FAQ

OUR CHAIRS

TESTIMONIALS

CONTACT US

### HEALTH BENFIT OF PREMIER MASSAGE CHAIR



- Increase blood supply...
- Helps muscles recover...
- Reduces spasms...
- Stretches your connective tissue...
- Helps to re-establish muscular tone...
- Reduces muscles and soft tissue pain...

We have spent years researching massage recliners from all over the world and have found PHP to fit a wide range of people who require an aggressive massage.

Medical professors point out that there exists a special type of cell under the skin of the human body. Once awakened, this cell enters the bloodstream and develops into a reticular cell, which can remarkably strengthen the body's immune functions and boost the disease-resisting abilities of the human body.

⊜ Read more about health benefits

## PREMIER HEALTH PRODUCTS
### MAKER OF DEEP TISSUE MASSAGE RECLINERS

Following a treatment in a massage chair you may feel revitalized, energized and invigorated, yet profoundly relaxed. This state not only affects you physically but mentally and emotionally as well. Massage chairs can provide benefits on many levels and we believe it is only a matter of time before every household will have one, because every household deserves one.

⊜ Read more about PHP

### MEMBER OF BETTER BUSINESS BUREAU



Premier Health Products meets all BBBOnLine Reliability participation and Better Business Bureau membership standards and is

### HOT 500 THE FASTEST GROWING BUSINESS IN AMERICA



Entrepreneur Magazine featured Premier Health Products as one of the HOT 500 of 2007!

**EXHIBIT**

**736**

re-direct from Premier massagechairs.com

Premier Health Products

authorized to display the BBBOnLine Reliability seal.

## MEDIA EXPOSURE

 

The Premier Health Products was featured nationwide in Do and Edge magazines as one of the top selling massage chairs brands in the industry.

**Los Angeles Times**

Massage chair review article was published on LA Times newspaper.

●Read more

We offer the most popular, best selling, highest quality massage recliners in the world, just give us a call to find out which premier massage chair model is the right one for you.

All rights reserved © 2008 Premier Health Products

Privacy Policy  Site Map

About Premier Health Products



**PREMIER** HEALTH PRODUCTS                 ⌂ Home   ✦ Sitemap

CHAIR COMPARISON    ABOUT PHP    FAQ    OUR CHAIRS    TESTIMONIALS    CONTACT US

## PREMIER HEALTH PRODUCTS NEWS



**Check out Premier Health Products in the news. Below are press releases for new products, and PHP's new expansion into the European market.**

*June 27, 2007*
Premier Health Products Article

*January 10, 2006*
Introducting the PHP 2025

*March 6, 2006*
PHP Expands to the European Market

## ABOUT PREMIER HEALTH PRODUCTS

At Premier Health Products we take pride in the services we offer. Selling massage chairs is all we do-and we do it well. Our success comes from a genuine belief in the product we sell. Premier Health Products was founded over 9 years ago by a massage chair enthusiast. From that very starting point, a vision was set-introduce quality, industry-leading massage chairs at a price affordable for everyone.

By minimizing overhead costs, Premier Health Products is able to fulfill our mission and for over 9 years, customers from all different types of backgrounds and situations have been able to purchase a powerful therapeutic massage chair. We choose to produce only the "real deal" types of massage chairs, designed to accommodate various types of back problems, body types and decorating concerns-all while fashioned with the most cutting-edge massage technology.

The comfort offered by a Premier Health Products massage recliner has the ability to drastically change the quality of life for many individuals. A massage chair designed like the PHP-2030 and the PHP-2022 offers therapy on such an elevated level that the increase in flexibility, comfort and pain relief is well worth the financial investment.

At Premier Health Products we understand this

**About Premier Health Products**

value and have coupled our powerful massage chairs with superior warranties, unmatched by any other massage brand. We also offer a generous return policy to insure our customers are left satisfied. For all these reasons, Premier Health Products has emerged as a leading brand in the industry focused on longevity and customer satisfaction.

All rights reserved © 2008 Premier Health Products

Privacy Policy   Site Map

Premier Health Products Frequently Asked Questions                              Page 1 of 5





CHAIR COMPARISON    ABOUT PHP    FAQ    OUR CHAIRS    TESTIMONIALS    CONTACT US

**Frequently Asked Questions:**

Where can I try the Premier chairs?
What material is the chair covered with?
How does the warranty work?
How is the chair shipped?
How much does the chair weigh?
What is the difference between the PHP2026 and the PHP2027?
Can you hide the calf chambers?
Can the chair be used as a regular recliner?
How hard is the assembly of the chair?
How long does delivery take?
If I choose the standard delivery will I be notified?
I have heard Japanese imported chairs are better, is that true?
How do I return my chair if I am not satisfied with its performance?
How do I get my massage chair serviced or repaired?
Can I finance my massage chair and make monthly payments?

**Q. Where can I try the Premier chairs?**
A. Many of the stores that sell massage chairs request exclusive selling rights for the chairs. Many manufacturers are not willing to offer this on all their models but will release certain models to a retail store. Premier did release some of their models exclusively to a store called "Relax the Back" which has locations nationwide, as well as a store called "Relax in Comfort" in the Orlando, Florida area and in Northern California, Premier works with a store called "The Ultimate Back Store". These stores are independantly owned and may or may not have a floor model depending on the time of year and floor space availability. The only place you are gaurenteed to try a PHP massage chair is at the Premier Health corporate office and showroom in Evergreen CO.

**Q. What material is the chair covered with?**
A. Premier chairs are covered with a tough, resilient and long lasting synthetic leather. It is virtually maintenance free and, will withstand the rigors of a frequently used massage chair and is nearly indestinguishable from natural

leather. All Premier chairs come with a back cover in the same upholstery material. Most top of the line chairs are equipped with a four roller massage system that provides a very deep shiatsu style of massage and will also include an advanced heating element. Normal leather cannot withstand the prolonged use of the rollers and heating element and will rapidly dry out and crack. The synthetic leather also has elasticity that will allow it to stretch with the deep massage motion of the rollers and return to its original shape. Premier's covering has been proven to be more durable, allowing it to maintain its look longer than normal leather, and is virtually maintenance free. This material does not need to be conditioned, treated or moisturized and can be cleaned with almost any product.

**Q. How does the warranty work?**
A. Premier chairs are covered by the best warranty in the industry. Depending on the chair model, parts and labor are covered for either 3 or 5 years, and shipping for 1 year. Most internet buyers find that if there is a problem with their chair, a few minutes on the phone with a Premier Tech Support agent will diagnose the problem and a replacement part (along with step-by-step instructions) will be sent out the same day. On receipt of the part, the Tech Support Agent will walk you through the replacement process. Tech support documents are also available online at Customer Support Tech Service Page. In the rare event that a chair requires return to the Premier Health Products facility, shipping is covered for the first year of ownership as long as the owner has retained the packing materials.

Back to top

**Q. How are the chairs shipped?**
A. PHP model 2026 is shipped DHL in one box, fully assembled. The PHP 2022 is shipped FedEx and comes in 3 boxes, back - base - and arms. Complete documentation and instructions are shipped in the chair box and are available online on each chairs web page.

**Q. How much do the chairs weigh?**
A. The PHP 2026 weighs 180 lbs out of the box and 210 lbs in the box. The back of the 2022 weighs 69 lbs the base is 69 lbs and the arms are 31 lbs The chairs are easily movable once assembled as both chairs have caster wheels on the rear legs.

**Q. What is the difference between the PHP2026 and the PHP2027?**
A. While both chairs are almost identical mechanically, the PHP 2027 features a more contemporary upholstery design, along with a built-in air compressor that

operates air massage in the back, the seat and controls the strength of massage in the calf and foot. The 2026 has a more traditional design has vibration in the seat and back, (in place of air) and the strength of massge in the calf and foot is set by the individual user and not the air compressor.

**Q. Can you hide the calf chambers?**
A. No. Due to the unique, patented design that provides true Shiatsu massage on the legs and feet, the chambers are in a fixed position. Some chairs that claim the leg chambers can be hidden do not actually provide true mechanical Shiatsu massage of the calves and feet.

Back to top

**Q. Can the chair be used as a regular recliner?**
A. Yes, the PHP 2026, PHP 2027, and PHP 2022 operate like a traditional recliner, meaning the back and the leg massage can be operated independent of one another.

**Q. How hard is the assembly of the chair?**
A. Assembly for any of the PHP models is quite easy. Complete setup instructions are included with the chair and are also available on line at Customer Support Tech Service Page. No tools are required. Due to the weight of the chair, it is recommended that 2 able-bodied persons are available.

**Q. How long does delivery take?**
A. Standard shipping of all models is via DHL freight. Delivery is usually 5-10 business days, depending on the your location. White Glove premium delivery service is available at additional costs but can take several days longer in transit.

Your **PHP2026, PHP2027, EP1272** or **EP3222** will be shipped DHL. You will be emailed your tracking number as soon as your chair has shipped. Normally your tracking number will begin with "SEA" and be followed by your order number (SEA1234).

To track your order you can go to the DHL tracking and tracing page here. Enter your tracking (housebill) number and click search. Be sure to click the search button and **not** "enter" on your keyboard.

To get even more specific details of your order please call our DHL shipping

office directly at 800-562-8254 and enter 2 for domestic. Give them your tracking number and they can tell you exactly where your order is and when it is scheduled to be delivered.

Your **PHP2022** will be shipped **FedEx**. You will be emailed your tracking number as soon as your chair has shipped. To track your order you can go to the FedEx tracking page here and enter your tracking number and click "track" or you can call directly at 800-Go Fed Ex (800-463-3339).


**Q. If I choose the standard delivery will the delivery company notify me before they deliver?**
A. Yes, when your chair is shipped, you will receive an email showing your shipment tracking numbers. Using these tracking numbers, you can call your local DHL terminal and request / specify local delivery instructions. Please use this link for more specific shipping and tracking information.

**Q. I have heard Japanese imported chairs are better, is that true?**
A. No. It is not the location where massage chairs are assembled that is important, it is the parts and components that the chair is made of that determines the quality of your chair. Premier chairs are designed and manufactured in Taiwan, China and Japan from the best parts and components specifically hand picked by Premier Helath.

Back to top

**Q. How do I return my chair if I am not satisfied with its performance?**
A. Premier has found that often when customers are dissatisfied, it is because of a lack of understanding of what to expect from the chair or how to use it. Premier Customer Support Specialist will be happy to assist you in understanding how to use your chair for your personal needs. If you still find the chair unsatisfactory, Premier will arrange for a return and refund (less shipping expense) so long as arrangements are made, a call tag issued, and the chair is in transit, in the original packing materials, no later than 30 days from date of purchase. A refund will be issued upon conclusion of inspection to ensure the chair is in new condition, and has not been misused, abused or damaged.

**Q. How do I get my massage chair serviced or repaired?**

Premier Health Products Frequently Asked Questions

Page 5 of 5

A. Premier Massage Chairs are modular in design and are nearly plug and play. If, for instance, a massage motor goes bad (a very rare problem and one of the hardest on our list of repairs). Our technition will walk you through the process of removing the malfunctioning part with the help of step by step online instructions. You will send the part back to us for repair, if we are unable to repair the item we will send you a new one at no charge for 5 years. We will then walk you through the process of putting it back on. Even the most dificult problems can be taken care of in 20 minutes or so.

**Q. Can I finance my massage chair and make monthly payments?**
A. Yes, we have <u>finance options here</u> you can make payments monthly or no payments at all for 12 full months without interest. We have partnered with GEMB (General Electric Money Bank).

All rights reserved © 2008 Premier Health Products
Privacy Policy   Site Map

Massage Chair Review



## PREMIER HEALTH PRODUCTS

⌂ Home    ✛ Sitemap



CHAIR COMPARISON    ABOUT PHP    FAQ    OUR CHAIRS    TESTIMONIALS    CONTACT US

## To compare features of multiple massage chairs, select upto 3 chairs below and then click the button.

**Sort by Price**    **Sort by Manufacturer**

**Compare Selected Chairs**






☐ Compare Now
**Premier PHP2030 - Brand New**
MSRP: $3,995

☐ Compare Now
**Premier PHP2022**
MSRP: $2795.00

☐ Compare Now
**Panasonic EP30005 Ultra Deep**
MSRP: $4799.95

☐ Compare Now
**Panasonic EP1273**
MSRP: $2999.00



IMAGE

NOT

AVAILABLE

IMAGE

NOT

AVAILABLE

IMAGE

NOT

AVAILABLE

☐ Compare Now
**Panasonic EP30006 Real Pro Ultra**
MSRP: $4799 + tax and extended warranty fees

☐ Compare Now
**Brookstone uHarmony**
MSRP: $3,995

☐ Compare Now
**Brookstone iDesire**
MSRP: $4495.00

☐ Compare Now
**Brookstone iMedic 380**
MSRP: $1995.00 plus tax

IMAGE

NOT

AVAILABLE





☐ Compare Now
**Brookstone uSpace**
MSRP: $5995.00

☐ Compare Now
**Interactive Health HT 100**
MSRP: $1499.00

☐ Compare Now
**Interactive Health HT 125**
MSRP: $2299.00

☐ Compare Now
**Interactive Health HT 135**
MSRP: $2399.00

**Massage Chair Review**

6th image

IMAGE NOT AVAILABLE

☐ Compare Now
**Interactive Health HT 136**
MSRP: $2399.00

☐ Compare Now
**Interactive Health HT 140**
MSRP: $2799.00

☐ Compare Now
**Interactive Health HT270, 275 Stretch**
MSRP: $1999.95

☐ Compare Now
**Human Touch HT-7450**
MSRP: $3999.00

☐ Compare Now
**Human Touch-5270**
MSRP: $1999.99

☐ Compare Now
**Human Touch 1650**
MSRP: $4799.00

☐ Compare Now
**Inada ROBO Chair**
MSRP: $5,999

☐ Compare Now
**Inada ROBOSTIC**
MSRP: $7,499

☐ Compare Now
**Inada I2A, RMS-10**
MSRP: $4495.00

☐ Compare Now
**Panasonic EP1272**
MSRP: $2499

☐ Compare Now
**Panasonic EP3222**
MSRP: $3999.95

☐ Compare Now
**Sanyo HEC SA5000K**
MSRP: $4299.99

☐ Compare Now
**Sanyo HEC SR1000K**
MSRP: $2999.99

☐ Compare Now
**Sanyo HEC-DR 7700**
MSRP: $5,299.95

☐ Compare Now
**Omega Prestigio, OM-510**
MSRP: $3890

☐ Compare Now
**Omega Montage Elite M-3000**
MSRP: $5,299

Massage Chair Review

Page 3 of 3



☐ <u>Compare Now</u>
**Fuji SKS-1800**
MSRP: $7799.00

☐ <u>Compare Now</u>
**Fuji AS999**
MSRP: $5500.00

☐ <u>Compare Now</u>
**Fuji AS888**
MSRP: $4699.00

☐ <u>Compare Now</u>
**King Kong 5559B Eclipse D4000**
MSRP: $5,999

☐ <u>Compare Now</u>
**King Kong Zridium Deluxe**
MSRP: $1999.00

☐ <u>Compare Now</u>
**King Kong 5560 Galaxy D3000**
MSRP: $4999.00

☐ <u>Compare Now</u>
**King Kong Mercury D5000**
MSRP: $3999.00

☐ <u>Compare Now</u>
**Human touch HT-7120**
MSRP: $2,699

☐ <u>Compare Now</u>
**Human Touch HT-5270**
MSRP: $2,499

☐ <u>Compare Now</u>
**Human TouchHT-5320**
MSRP: $2999.00

☐ <u>Compare Now</u>
**Human touch HT-103**
MSRP: $1,499.00

☒
☐ <u>Compare Now</u>
**Omega Montage Premier**
MSRP: $5,499.00

Compare Selected Chairs

All rights reserved © 2007 Premier Health Products
Privacy Policy  Site Map

Massage Chair Review

Page 1 of 4

### PREMIER HEALTH PRODUCTS

⌂ Home   ✦ Sitemap

CHAIR COMPARISON      ABOUT PHP      FAQ      OUR CHAIRS      TESTIMONIALS      CONTACT US

## Return to Chair Selection Page

| Massage Chair | Premier PHP2030 - Brand New | Interactive Health HT 125 | Interactive Health HT270, 275 Stretch |
|---|---|---|---|
| Image |  |  |  |
| Strength of Massage | 10 | unavailable | |
| Actual Rolling Stroke (inches) | 30 | 21 | 19 |
| Advertised Rolling Stroke (inches) | 30 | 21" | 21" |
| Number of Massage Rollers | 4 | 4 | 4 |
| Number of Motors Total | 12 | 3 | 2 |
| Timer Settings (minutes) | 5-60 min | 15 | 15 |
| Rolling, Kneading, Tapping | Yes | Yes | Yes |
| Combination | | | |

http://www.premierhealthproducts.com/compare_chairs.php

8/18/2008

Massage Chair Review

Page 2 of 4

| | | | |
|---|---|---|---|
| Kneading and Tapping | Yes | Yes | Yes |
| Variable Roller Width Adjustment | Yes | 3 settings | Yes |
| Heating Element | **YES** back and seat heat | No | No ~ _Not true_ HT-275 |
| Air Massage in Back | Yes | No | No |
| Air Massage in Seat | Yes | No | No |
| Vibration in Back | Yes | No | No |
| Vibration in Seat | Yes | No | No |
| Auto Programs | 9 | 3 | 3 |
| Mechanical Leg / Foot Massage | **YES** | Yes | Yes |
| Mechanical Rolling in Footrest | **YES** | No | No |
| Mechanical Kneading in Footrest | **YES** | Yes _No_ | Yes |
| Air Massage in Leg / Foot | Mechanical and Air | Yes _Not true_ | No |
| Vibration in Footrest | No | No _No_ | No |
| Extendabel Footrest | **YES** | _Yes_ | Yes |
| One Touch Recline / Return | Yes | Yes | Yes |

http://www.premierhealthproducts.com/compare_chairs.php

8/18/2008

Massage Chair Review                                                                      Page 3 of 4

| Back Recline Angle | 175* | 170 | 175 |
|---|---|---|---|
| Two Motor Recline | Yes | Yes | Yes |
| Single Motor Recline | No | No | No |
| Manual Recline | No | No | No |
| Removable Arms | YES | No | No |
| Leather | No | No | Half |
| Synthetic Leather | Yes | Yes | Half |
| Dimensions - Upright W x D x H | 32" x 51" x 47" | 47"L x 28"W x 45"H | 28" x 44" x 45" |
| Dimensions - Full Recline W x D x H | 32" x 72" x 29" | 69"L x 28"W x 28"H | 28" x 71" x 24" |
| Warranty | 5 year parts and labor | 90 day service, 1 year parts, 3 year structural (Frame) | 90 day service, 1 year parts, 3 year structural (Frame) |
| Retail Price (MSRP) | $3,995 | $2299.00 | $1999.95 |
| Special Features | Heat, Body scanning technology, Removable Music Speakers behind headrest, Strongest chair available. | | Flip-over foot rest |
| Removable Back Pad | 2 pads | Yes | Yes |
| | This chair utilizes an air calf massage and mechanical rollers to massage the bottom | Massage chair uses 3 auto programs. 1 year warranty. Stroke length | Originally produced for Sharper Image before their bankrupcy. Uses |

http://www.premierhealthproducts.com/compare_chairs.php                              8/18/2008

Massage Chair Review

| Comments | of the foot. 4 roller system provides fluid and focused movements. 5 year warranty on aprts and labor. 30" stroke length allows massage from the neck to the buttocks. | improved from ht-100 but still may not be long enough to accomodate taller users. 28" wide can fit into smaller spaces. Compare features with PHP-2022. | quad roller system with limited stroke length advertised at 21". Stretch fuction reclines back while holding feet and calves in place. 1 year waranty included. ht-275 is leather matched |

**Return to Chair Selection Page**

All rights reserved © 2007 Premier Health Products
Privacy Policy Site Map

Massage Chair Review

Page 1 of 4



PREMIER HEALTH PRODUCTS

⌂ Home   ◈ Sitemap

CHAIR COMPARISON    ABOUT PHP    FAQ    OUR CHAIRS    TESTIMONIALS    CONTACT US

## Return to Chair Selection Page

*extras not evaluated or design rule*

| Massage Chair | Premier PHP2030 - Brand New | Interactive Health HT 125 | Interactive Health HT 135 |
|---|---|---|---|
| Image | | | |
| Strength of Massage | 10 | unavailable | 10  X  N/a |
| Actual Rolling Stroke (inches) | 30 | 21 | 21 |
| Advertised Rolling Stroke (inches) | 30 | 21" | 21" |
| Number of Massage Rollers | 4 | 4 | 4 |
| Number of Motors Total | 12 | 3 | 3 |
| Timer Settings (minutes) | 5-60 min | 15 | 15 |
| Rolling, Kneading, Tapping | Yes | Yes | Yes |
| Combination | | | |

http://www.premierhealthproducts.com/compare_chairs.php

8/17/2008

**Massage Chair Review**

| | | | |
|---|---|---|---|
| Kneading and Tapping | Yes | Yes | Yes |
| Variable Roller Width Adjustment | Yes | 3 settings | yes |
| Heating Element | **YES** back and seat heat | No | No |
| Air Massage in Back | Yes | No | No |
| Air Massage in Seat | Yes | No | No |
| Vibration in Back | Yes | No | No |
| Vibration in Seat | Yes | No | No |
| Auto Programs | 9 | 3 | 3 |
| Mechanical Leg / Foot Massage | **YES** | Yes | Yes |
| Mechanical Rolling in Footrest | **YES** | No | No |
| Mechanical Kneading in Footrest | **YES** | Yes | Yes |
| Air Massage in Leg / Foot | Mechanical and Air | Yes No Not true | Yes No Not true |
| Vibration in Footrest | No | No | No |
| Extendabel Footrest | **YES** | | Yes No Not true |
| One Touch Recline / Return | Yes | Yes | Yes |

**Massage Chair Review**

| Back Recline Angle | 175* | 170 | 170 |
|---|---|---|---|
| Two Motor Recline | Yes | Yes | No |
| Single Motor Recline | No | No | Yes |
| Manual Recline | No | No | No |
| Removable Arms | **YES** | No | No |
| Leather | No | No Yes ~~Not true~~ | No ~~Not true~~ |
| Synthetic Leather | Yes | Yes No ~~Not true~~ | Yes no ~~Not true~~ |
| Dimensions - Upright W x D x H | 32" x 51" x 47" | 47"L x 28"W x 45"H | 47"L x 29"W x 44"H |
| Dimensions - Full Recline W x D x H | 32" x 72" x 29" | 69"L x 28"W x 28"H | 69"L x 29"W x 27"H |
| Warranty | 5 year parts and labor | 90 day service, 1 year parts, 3 year structural (Frame) | 90 day service, 1 year parts, 3 year structural (Frame) |
| Retail Price (MSRP) | $3,995 | $2299.00 | $2399.00 |
| Special Features | Heat, Body scanning technology, Removable Music Speakers behind headrest, Strongest chair available. | Rotatable footrest Mechanical foot Massage | " |
| Removable Back Pad | 2 pads | Yes | Yes |
|  | This chair utilizes an air calf massage and mechanical rollers to massage the bottom | Massage chair uses 3 auto programs. 1 year warranty. Stroke length improved | Comparable to the HT-125 and HT-136 with slightly different dimensions and |

*Consistent if included

**Massage Chair Review**

sex

| Comments opinion. | of the foot. 4 roller system provides fluid and focused movements. 5 year warranty on aprts and labor. 30" stroke length allows massage from the neck to the buttocks. | from ht-100 but still may not be long enough to accomodate taller users. 28" wide can fit into smaller spaces. Compare features with PHP-2022. | cosmetics. 21" stroke length may not be suitable for taller users. 1 year parts warranty. quad roller system. 3 pre programed massage routines. compare with Premier PH2022 |

## Return to Chair Selection Page

2000 Industrial Way #400
Evergreen, Colorado 80439-7658

All rights reserved © 2007 Premier Health Products
Privacy Policy  Site Map

Massage Chair Review                                                                 Page 1 of 4

## PREMIER HEALTH PRODUCTS

🏠 Home   ✦ Sitemap

CHAIR COMPARISON      ABOUT PHP      FAQ      OUR CHAIRS      TESTIMONIALS      CONTACT US

### Return to Chair Selection Page

| Massage Chair | Premier PHP2030 - Brand New | Human Touch HT-7450 | Human Touch 1650 |
|---|---|---|---|
| Image | | IMAGE NOT AVAILABLE | |
| Strength of Massage | 10 | 6 | 7 |
| Actual Rolling Stroke (inches) | 30 | 21 | 27 |
| Advertised Rolling Stroke (inches) | 30 | 24" | 27" |
| Number of Massage Rollers | 4 | 4 | 4 |
| Number of Motors Total | 12 | 7 | 3 |
| Timer Settings (minutes) | 5-60 min | 15 | 5-30 min |
| Rolling, Kneading, Tapping | Yes | Yes | Yes |

http://www.premierhealthproducts.com/compare_chairs.php                        8/17/2008

**Massage Chair Review**                                                        Page 2 of 4

| | | | |
|---|---|---|---|
| Combination Kneading and Tapping | Yes | Yes | Yes |
| Variable Roller Width Adjustment | Yes | Yes | Yes |
| Heating Element | **YES** back and seat heat | Yes | Yes |
| Air Massage in Back | Yes | ~~Yes No~~ Not true | No |
| Air Massage in Seat | Yes | Yes | Yes |
| Vibration in Back | Yes | ~~Yes~~ No Not true | ~~Yes~~ No Not true |
| Vibration in Seat | Yes | Yes | No Not true |
| Auto Programs | 9 | 8 | Yes |
| Mechanical Leg / Foot Massage | **YES** | Yes | Yes |
| Mechanical Rolling in Footrest | **YES** | ~~Yes~~ No Not true | No |
| Mechanical Kneading in Footrest | **YES** | Yes | Yes |
| Air Massage in Leg / Foot | Mechanical and Air | No | ~~Yes No~~ Not true |
| Vibration in Footrest | No | No | Yes |
| Extendabel Footrest | **YES** | No | Yes |
| One Touch Recline / | Yes | No | Yes |

Massage Chair Review

*[handwritten note in upper right: "tags painted w/ HT"]*

| Return | | | |
|---|---|---|---|
| Back Recline Angle | 175* | 150* | 170 |
| Two Motor Recline | Yes | Yes | Yes |
| Single Motor Recline | No | No | No |
| Manual Recline | No | Yes | No |
| Removable Arms | **YES** | No | No |
| Leather | No | Yes | No *[handwritten: Not true Yes]* |
| Synthetic Leather | Yes | No | Yes *[handwritten: Not true]* |
| Dimensions - Upright W x D x H | 32" x 51" x 47" | *[handwritten: Provide]* | 36.5" x 49" x 49" |
| Dimensions - Full Recline W x D x H | 32" x 72" x 29" | 67.5"L x 27.5"W x 29"H | 36.5 x 81.5" x 26.75" |
| Warranty | 5 year parts and labor | 1 year parts and labor, 3 year parts, 5 year on frame | 1 year labor 3 years parts 5 year frame |
| Retail Price (MSRP) | $3,995 | $3999.00 | $4799.00 |
| Special Features | Heat, Body scanning technology, Removable Music Speakers behind headrest, Strongest chair available. | Zero Gravity recline, Synchronized seat recline, Zero Gravity Armerests. | Heat, Body scanning technology |
| Removable Back Pad | 2 pads | No | Yes |
| | This chair utilizes an air calf massage and | Zero Gravity chair | Good looking chair, fits |

Massage Chair Review

| Comments | mechanical rollers to massage the bottom of the foot. 4 roller system provides fluid and focused movements. 5 year warranty on aprts and labor. 30" stroke length allows massage from the neck to the buttocks. | reclines to only 150*. Shorter stroke length may limit massage in shoulders, neck and lower back for some users. Compare to PHP-2022. | with home decor, leg rest does not fully extend. stroke length is 27" which is the same as premier's 2022. Vibration in arm rest. This chair is 36.5" wide, make sure to measure your entrance. |
|---|---|---|---|

**Return to Chair Selection Page**

All rights reserved © 2007 Premier Health Products

Privacy Policy  Site Map

Massage Chair Review

Page 2 of 4

| | | | |
|---|---|---|---|
| Combination Kneading and Tapping | Yes | Yes | Yes |
| Variable Roller Width Adjustment | Yes | Yes | Yes |
| Heating Element | **YES back and seat heat** | No | Yes |
| Air Massage in Back | Yes | No | No |
| Air Massage in Seat | Yes | No | No |
| Vibration in Back | Yes | Yes | No |
| Vibration in Seat | Yes | Yes | No |
| Auto Programs | 9 | 3 | 3 |
| Mechanical Leg / Foot Massage | **YES** | Yes | Yes |
| Mechanical Rolling in Footrest | **YES** | No | No |
| Mechanical Kneading in Footrest | **YES** | Yes | No |
| Air Massage in Leg / Foot | Mechanical and Air | No | (Yes) No  Not true |
| Vibration in Footrest | No | No | (Yes) No  Not true |
| Extendabel Footrest | **YES** | Yes | No |
| One Touch Recline / | Yes | Yes | No |

Massage Chair Review

Page 1 of 4



**PREMIER** HEALTH PRODUCTS

⌂ Home   ✛ Sitemap

CHAIR COMPARISON   ABOUT PHP   FAQ   OUR CHAIRS   TESTIMONIALS   CONTACT US

<u>Return to Chair Selection Page</u>

| Massage Chair | **Premier PHP2030 - Brand New** | **Human Touch-5270** | **Human touch HT-7120** |
|---|---|---|---|
| Image | | | IMAGE NOT AVAILABLE |
| Strength of Massage | 10 | | |
| Actual Rolling Stroke (inches) | 30 | 25 | N/A |
| Advertised Rolling Stroke (inches) | 30 | 25" | 25" |
| Number of Massage Rollers | 4 | 4 | 4 |
| Number of Motors Total | 12 | Data Not Supplied By Manufacturer | N/A |
| Timer Settings (minutes) | 5-60 min | 15 | 15 |
| Rolling, Kneading, Tapping | Yes | Yes | Yes |

**Massage Chair Review**

| Return | | | |
|---|---|---|---|
| Back Recline Angle | 175* | 148  170 | 170* |
| Two Motor Recline | Yes | Yes | No |
| Single Motor Recline | No | No | Yes |
| Manual Recline | No | Yes No  Not true | Yes No  not true |
| Removable Arms | YES | No | No |
| Leather | No | No | Yes |
| Synthetic Leather | Yes | Yes | No |
| Dimensions - Upright W x D x H | 32" x 51" x 47" | 27.5 " x 41" x 46" | 32.5" W x 24.5" H x 27.5" D |
| Dimensions - Full Recline W x D x H | 32" x 72" x 29" | 27.5" x 69" x 32" | 70.25" L x 32.5" W |
| Warranty | 5 year parts and labor | 1year limited warranty | 90 days factory service, 1 year parts, 3 years structural. |
| Retail Price (MSRP) | $3,995 | $1999.99 | $2,699 |
| Special Features  opinion | Heat, Body scanning technology, Removable Music Speakers behind headrest, Strongest chair available. | Rotat Retractable Footrest Mechanical Full Foot and Calf massage | Rotatable Footrest Mechanical foot only Vibrating footrest,  Not true |
| Removable Back Pad | 2 pads | Yes | Yes |
|  | This chair utilizes an air calf massage and mechanical rollers to | Actual Warranty Short Warranty. | This is a new chair from Human Touch and uses a 25" stroke length. 3 |

Pancavier Comments  8/17/2008

Massage Chair Review

| Comments Opinion | massage the bottom of the foot. 4 roller system provides fluid and focused movements. 5 year warranty on aprts and labor. 30" stroke length allows massage from the neck to the buttocks. | less extenesive stroke length then most chairs. Compare to the Premier PHP-2022. | auto programs may not be enough for people who want many different tailored routines. warranty covers parts for 1 year and frame of the chair for 3 years. Compare to the Premier PHP-2 |

## Return to Chair Selection Page

All rights reserved © 2007 Premier Health Products
Privacy Policy   Site Map

Massage Chair Review

# Premier Health Products

home page

our massage chairs

comparison chart

testimonials

our policies

contact us

track shipping

**Compare the top rated massage chairs feature by feature below. We have included top models from Premier Health Products as well as Inada, Panasonic and Interactive Health. Decide which models best for you by using our massage chair review application!**

**FREE**
Buyer's Guide  **Email Address**

## Massage Chair Comparison Chart

For more massage chair review, please contact one of our massage chair staff members.  We would be happy to compare any popular massage chair on the market to help you decide which models right for you. 1-866-801-2113

You may also want to read **LA Times Massage Chair Review**

Comparison chart courtesy of EliteMassageChairs.com

## Print Massage Chair Comparison Chart⊜



| Product | Premier PHP2030 - Brand New | Premier PHP2022 | Interactive Health HT 125 |
|---|---|---|---|
| Image | | | |
| **Massage Specifications** | | | |
| Strength of Massage | 10 | 9 | unavailable |
| Actual Rolling Stroke (inches) | 30 | 27 | 21 |
| Advertised Rolling Stroke | 30 | 27" | 21" |

Massage Chair Review

| Kneading in Footrest | YES | Yes | Yes |
|---|---|---|---|
| Air Massage in Leg / Foot | Mechanical and Air | No | Yes No. |
| Vibration in Footrest | No | No | No |
| Extendable Footrest | YES | No | |
| **Chair Specifications** | | | |
| One Touch Recline / Return | Yes | Yes | Yes |
| Back Recline Angle | 175* | 190* | 170 |
| Two Motor Recline | Yes | No | Yes |
| Single Motor Recline | No | Yes | No |
| Manual Recline | No | No | No |
| Removable Arms | YES | unavailable | No |
| Leather | No | No | No Yes |
| Synthetic Leather | Yes | Yes (3 colors) | Yes (leather/leather No match) |
| Dimensions - Upright W x D x H | 32" x 51" x 47" | 35" x 51" x 46" | 47"L x 28"W x 45"H |
| Dimensions - Full Recline W x D x H | 32" x 72" x 29" | 35" x 67" x 25" | 69"L x 28"W x 28"H |
| Warranty | 5 year parts and labor | 5 year parts | 90 day service, 1 year parts, 3 year structural (Frame) |
| Retail Price MSRP) | $3,995 | $2795.00 | $2299.00 |
| Our Price | $3,495 Delivered | $1995.00 Delivered | |

Massage Chair Review

| (inches) | | | |
|---|---|---|---|
| Number of Massage Rollers | 4 | 4 | 4 |
| Number of Motors Total | 12 | 5 | 3 |
| Timer Settings (minutes) | 5-60 min | 15 | 15 |
| **Back Massage Functions** | | | |
| Rolling, Kneading, Tapping | Yes | Yes | Yes |
| Combination Kneading and Tapping | Yes | Yes | Yes |
| Variable Roller Width Adjustment | Yes | Yes | 3 settings |
| Heating element | **YES** back and seat heat | No | No |
| Air Massage in Back | Yes | No | No |
| Air Massage in Seat | Yes | No | No |
| Vibration in Back | Yes | No | No |
| Vibration in Seat | Yes | No | No |
| Auto Programs | 9 | 5 | 3 |
| **Leg and Foot Massage Features** | | | |
| Mechanical Leg / Foot Massage | **YES** | Yes | Yes |
| Mechanical Rolling in footrest | **YES** | Yes | No |
| Mechanical | | | |

| | Buy Now | Buy Now | |
|---|---|---|---|
| **Comments And Other Features** | | | |
| Special Features opinion. | Heat, Body scanning technology, Removable Music Speakers behind headrest, Strongest chair available. | Zero Gravity Recline, Inversion Therapy Recline, Most advanced features and most effective massage for under $2000! | |
| **Removable Back Pad** | 2 pads | Yes | Yes |
| Comments opinion. | This chair utilizes an air calf massage and mechanical rollers to massage the bottom of the foot. 4 roller system provides fluid and focused movements. 5 year warranty on aprts and labor. 30" stroke length allows massage from the neck to the buttocks. | Upgraded mechanical foot and calf massage with adjustable instensity and three massage modes. Long stroke length can massage from upper neck and all of the lower back. Zero-gravity and inversion therapy recline settings available for under $2000. | Massage chair uses 3 auto programs. 1 year warranty. Stroke length improved from ht-100 but still may not be long enough to accomodate taller users. 28" wide can fit into smaller spaces. Compare features with PHP-2022. |
| | More Info | More Info | |

premier massage chairs home | all massage chairs | massage chair comparison | testimonials | policies | contact us

premier massage chairs blog | site map | articles | partners | premier massage chair php-2022 | php-2030 | premier health products

All rights reserved.   info@premiermassagechairs.org Copyright 2005-2007 © **Premier Massage Chairs**



http://www.premiermassagechairs.org

PremierMassageChairs.org

1-866-801-2113

info@premiermassagechairs.org

| Product Name | Premier PHP2030 - Brand New | Human Touch 1650 | Human Touch HT-7450 |
|---|---|---|---|
| Image | | | IMAGE NOT AVAILABLE |
| **Massage Specifications** | | | |
| Strength of Massage | 10 | | |
| Actual Rolling Stroke (inches) | 30 | 27 | 21 |
| Advertised Rolling Stroke (inches) | 30 | 27" | 24" |
| Number of Massage Rollers | 4 | 4 | 4 |
| Number of Motors Total | 12 | 3 | 7 |
| Timer Settings (minutes) | 5-60 min | 5-30 min | 15 |
| **Back Massage Functions** | | | |
| Rolling, Kneading, Tapping | Yes | Yes | Yes |
| Combination Kneading and Tapping | Yes | Yes | Yes |

http://www.premiermassagechairs.org/print.php?chair1=63&chair2=68&chair3=75&submit=submit        8/13/2008

| Variable Roller Width Adjustment | Yes | Yes | Yes |
|---|---|---|---|
| Heating Element | **YES back and seat heat** | Yes | Yes |
| Air Massage in Back | Yes | No | Yes |
| Air Massage in Seat | Yes | Yes | Yes |
| Vibration in Back | Yes | Yes | Yes |
| Vibration in Seat | Yes | No | Yes |
| Auto Programs | 9 | Yes | 8 |
| **Leg and Foot Massage Features** | | | |
| Mechanical Leg / Foot Massage | **YES** | Yes | Yes |
| Mechanical Rolling in Footrest | **YES** | No | Yes |
| Mechanical Kneading in Footrest | **YES** | Yes | Yes |
| Air Massage in Leg / Foot | Mechanical and Air | Yes No | No |
| Vibration in Footrest | No | Yes | No |
| Extendabel Footrest | **YES** | Yes | No |
| **Chair Specifications** | | | |
| One Touch Recline / Return | Yes | Yes | No |
| Back Recline angle | 175* | 170 | 170 150* |

http://www.premiermassagechairs.org

Page 3 of 4

| | | | |
|---|---|---|---|
| Two Motor Recline | Yes | Yes | Yes |
| Single Motor Recline | No | No | No |
| Manual Recline | No | No | Yes *No* |
| Removable Arms | **YES** | No | No |
| Leather | No | ~~No~~ *Yes* | Yes |
| Synthetic Leather | Yes | ~~Yes~~ *No.* | No |
| Dimensions - Upright W x D x H | 32" x 51" x 47" | 36.5" x 49" x 49" | |
| Dimensions - Full Recline W x D x H | 32" x 72" x 29" | 36.5 x 81.5" x 26.75" | 67.5"L x 27.5"W x 29"H |
| Warranty | 5 year parts and labor | 1 year labor 3 years parts 5 year frame | 1 year parts and labor, 3 year parts, 5 year on frame |
| Retail Price (MSRP) | $3,995 | $4799.00 | $3999.00 |
| Our Price | $3,495 Delivered | N/A | N/A |
| **Comments And Other Features** | | | |
| Special Features *opinion* | Heat, Body scanning technology, Removable Music Speakers behind headrest, Strongest chair available. | Heat, Body scanning technology | Zero Gravity recline, Synchronized seat recline, Zero Gravity Armerests. |
| Removable Back Pad | 2 pads | Yes | No |
| Comments *opinion* | This chair utilizes an air calf massage and mechanical rollers to massage the bottom of the foot. 4 roller system provides fluid and focused movements. 5 | Good looking chair, fits with home decor, leg rest does not fully extend. stroke length is 27" which is the same as premier's 2022. Vibration in arm | Zero Gravity chair reclines to only 150*. Shorter stroke length may limit massage in shoulders, neck and |

http://www.premiermassagechairs.org

| | | |
|---|---|---|
| year warranty on aprts and labor. 30" stroke length allows massage from the neck to the buttocks. | rest. This chair is 36.5" wide, make sure to measure your entrance. | lower back for some users. Compare to PHP-2022. |

Massage Chair Customer Reviews and Testimonials

# Premier Massage Chairs

home page

our massage chairs

comparison chart

testimonials

our policies

contact us

track shipping



We love hearing from our customers.  Here are some of the GENUINE comments we have gotten about our service and line of  back massage chairs.

**FREE**
Buyer's Guide  Email Address



### Robotic Massage Chair Testimonials 2006

## MORE TESTIMONIALS

**Dave Thomas - Licensed Massage Therapist**
I have been a massage therapist for ten years in San Diego, practicing Shiatsu and Deep Tissue types of massage. I have worked for chiropractors and physical trainers and have tried many models of massage chairs and mechanical massage tools. The Premier Health PHP-2026 Massage Recliner that I recently experienced is by far the best of the bunch. Owning it would be like having a live-in massage therapist! **Read the rest of Dave's review...**

**Leah Keranen - Licensed Massage Therapist**
I am recommending this product to anyone who wants to have a relaxing experience in their office or home.  A Premier Massage Chair would be great for in between your bodywork sessions and to offer to friends and family in your own comfortable, relaxing environment. **Read the rest of Leah's review...**

**Patrick McKenna**
I have the chair in my law office and use it towards the end of the work day

virtually every day. After six weeks of regular use, my back stress and pain are gone, and I am now able to play golf on consecutive days without tightness or pain.

**Linda Shirley**
I Love the chair. I have a problem with my neck so the massage chair with heat and adjusting it for my neck and shoulders is a real treat each evening. My youngest son is a wrestler so he comes home hurting all over and will set in the chair and have a full body massage it helps loosen his muscles up to sleep better. My husband runs heavy equipment and has done so for over 30 years. He has severe back pain in the evenings and likes to relax with a full body massage.

**Christopher/Hill**
My Premier Massage chair is wonderful for the deep massage it provides all the way from my neck to the full length of my spine. I am six foot tall and find the chair to be extremely relaxing and comfortable. In addition to the great automatic settings, I like the variety of individual settings that let me set it to get the exact massage I want. Thanks!

**Raymond Rahl**
The Premier Massage Chair offers the best value available for a complete massage chair product. It is easy to use and offers the full spectrum of massage therapies. The chair is well designed and sturdy; it is also one of the very few units that easily accommodates taller individuals. Highly recommended!

**Damian Bartolomucci**
The chair is fabulous. The deep tissue shiatsu massage is a great feeling following a hard day of construction work or a long workout in the gym. I am nearly six feet tall and the chair has still been able to massage from the top of my neck right down to my tail bone with equal pressure throughout.

**Kenneth R. Guenther**
I purchased your massage chair because I am a diabetic and have poor circulation in the calves of both legs and feet. After using your massage chair, the circulation in both my legs and feet are much better. I am now able to walk longer distances and it has enhanced my circulation. The other benefit I have noticed is that after taking a 30 minute treatment, I am able to sleep better. Thanks for a great product, I am extremely pleased with my purchase.

This is just the beginning of our testimonial section. We have hundreds and hundreds of satisfied customers.

## MORE CUSTOMER TESTIMONIALS

## La Times Massage Chair Review

## Look at our Testimonials from the past too!

## 2004 | 2003 | 2002

## Testimonials

Massage Chair Customer Reviews and Testimonials

1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11

best massage chairs home | all massage chairs | massage chair review | testimonials | policies | contact us

premier massage chairs blog | site map | articles | partners | premier massage chair php-2022 | php-2030

All rights reserved.   info@premiermassagechairs.org Copyright 2005-2007 ©

**Premier Massage Chairs**

# Premier Health Products

home page

our massage chairs

comparison chart

testimonials

our policies

contact us

track shipping

**Please read Premier Health Products' policies.  We thank you for your business, and look forward to introducing you to the best massage that a robotic chair can provide.**

**FREE**
Buyer's Guide  **Email Address** 

## Premier Health Products and Premier Massage Chairs .org Polices

## Policies

Return and Cancellation Policy: Customer has 30 days from the time the chair is received to return for a full refund of the purchase price less the original delivery and return shipping and handling costs for Premier Health Products chairs, this does not include Inada chairs. This also applies to chairs picked up at the WA warehouse, due to the fact that the chair must be returned to the CO location for inspection. Returned massage chairs must be received in "like new" condition in the original packaging and materials, including manual, or the customer will be charged a restocking fee of 10% in addition to the cost of replacing the missing items. Financing customers are also responsible for finance processing fees on returned chairs. Massage chairs not in the original box cannot be returned. All returns must be accompanied by a Return Authorization Code or they will be refused by our receiving department.

Please call to obtain a Return Authorization Code and return shipping call tag. Customers that cancel or refuse delivery of shipped merchandise will be charged for all shipping costs and assessed a 10% restocking fee. Customer must have the chair in transit back to manufacturer on or before the 30th day. Any special services such as finance processing fees, date certain shipping, inside delivery, lift gate, white glove delivery, or unpacking of merchandise is non refundable. Orders that are cancelled prior to shipping will be assessed a six percent restocking fee to cover credit card charges incurred by our company in good faith.

It is the customer's responsibility to thoroughly inspect the chair for any freight damage or manufacturer defects and report to **Premier Health Products** within 3 days. Chairs damaged in shipping will be exchanged for another new chair at no cost to the customer. Do not discard boxes for 30 days, until you have assembled, inspected and tested the massage chair.

## Standard Shipping:

Upon receipt of your order, assuming approved payment, Premier Health Products

massage chairs will ship out the next business day. Within 3 business days of placing your order, you will receive via email an invoice attachment which will include the freight company's web site link and tracking number.  This  tracking number may not be active in the freight company's online tracking system  for up to 3 days from the invoice date . You will be contacted within 7 business days of your order to schedule a delivery appointment.  We are unable to track your massage chair order until it has exceeded 7 business days.

## DHL:

The chair will be delivered to the threshold of your door. For residential deliveries, as long as the entry is on ground level, there is no additional charge. If stairs are involved (i.e., carrying the chair up to the second floor of an apartment), there will be an additional service charge of $75.

## Canadian Shipping Information:

For Canadian shipments please call for a shipping quote in USD.
In addition to shipping, there will be additional importing charges As follows:
Broker Fees: $150.00CDN Flat Fee if using Pacific Customs Broker Ltd
Toll Free: 888-538-1566 http://pcb.ca/cont.asp
Duty: 8%

| Province of Delivery | GST | PST | HST |
|---|---|---|---|
| Alberta, Nunavut, Northwest Territories Yukon Territory | 5% | | |
| British Columbia, Manitoba, Saskatchewan | 5% | 7% | |
| New Brunswick , Newfoundland & Labrador , Nova Scotia | | | 15% |
| Ontario | 5% | 8% | |
| Prince Edward Island | 5% | 10% | |
| Quebec | 5% | 7.5% | |

## White Glove Delivery Description (additional $200):

After we process your order the shipping company will deliver your chair in 7 to 14 business days.  Prior to delivery, the shipping company will contact you to schedule a delivery time, Monday- Friday between 8am to 6pm.  The shipping company will give you a 3-4 hour delivery window.  When your massage chair is delivered it will be unpacked and set up for you in any room of your home.  The delivery team is not trained on using the massage chair and will not be able to train the customer how to use the chair. Please consult your user manual for instructions on operation of your new massage chair.  The packing material will be removed from your location, but we advise that you keep all packing material for 30 days.

Limitations: Shipments that require to be picked up or delivered to any location other

than 2 flights of stairs will be rated at $5.00 per step or $50.00, whichever is greater. The delivery pathway for PHP2030, EP 30005, and EP1273 must have a minimum clearance of 30" wide by 60" Deep to facilitate delivery.

**2 Day Air Freight = $125 additional shipping charge**

If the Customer elects to pay for 2 Day Air Freight, we guarantee to pay for expedited delivery service to your address.  The shipping company will deliver the chair within 3-4 business days from the day you place your order, 1 day for us to process the order, 1 day shipping company picks up the order, and 2 days in transit.  All orders placed prior to 12Noon MST will be processed and shipped on the same day.  During the holiday rush a few packages (3%) may not be delivered within the 4 business days.  In this instance we will refund the customer $125 that was paid for the express delivery option.  Our guarantee is that we will process the order within 1 day and have it shipped the next business day but cannot be responsible if DHL does not deliver within the stated time. In no event will we be liable for any loss, damage, or delay, directly or indirectly, due to hazards, dangers, incident to a state of war, or the act of restraint of the Government, or to strikes, riots, civil commotions, or acts of God.  If the Customer refuses delivery or cancels the order they will be assessed all shipping fees and 10% restocking fee.

Some customers may be considered out of bounds by DHL and must add 1 business day for delivery.  You will be notified if you are out of bounds prior to shipment.  To check if your zip code is out of bounds click here: http://www.us.danzas.com/frameset.cgi?winLocation=http://www.us.danzas.com/nasg/

**1 Day Air Freight = $325 additional shipping charge**

If the Customer  elects to pays for 1 Day Air Freight, we guarantee to pay for expedited delivery service to your address.  The shipping company will deliver the chair within 2-3 business days from the day you place your order, 1 day for us to process the order, 1 day for the shipping company to pick up the order, and 2 days in transit.  All orders placed prior to 12Noon MST will be processed and shipped on the same day.  During the holiday rush a few packages (3%) may not be delivered within the 4 business days. In this instance we will refund the customer $325 that was paid for the express delivery option.  Our guarantee is that we will process the order within 1 day and have it shipped the next business day but cannot be responsible if DHL does not deliver within the stated time. In no event will we be liable for any loss, damage, or delay, directly or indirectly, due to hazards, dangers, incident to a state of war, or the act of restraint of the Government, or to strikes, riots, civil commotions, or acts of God. If the Customer refuses delivery or cancels the order, they will be assessed all shipping fees and 10% restocking fee.

Some customers may be considered out of bounds by DHL and must add 1 business day for delivery.  You will be notified if you are out of bounds prior to shipment.  To check if your zip code is out of bounds click here:

Premier Health Products Policies

## http://www.us.danzas.com/frameset.cgi?winLocation=http://www.us.danzas.com/nasg/

**Tax** will be added to all WA and CO orders.

## Guaranteed Christmas Delivery - This Promotion Ended 2pm EST 12/17/07 and is no longer available.

To make sure your massage chair arrives in time for Christmas we Guarantee to attempt delivery on or before December 24th for all orders* placed by 2pm EST Monday December 17th. All deliveries attempted after Christmas will receive a $100 refund after the trial period has expired**. Offer valid for all in stock items.

Regular shipping exclusions below apply such as extreme weather delays. Deliveries attempted after Christmas are not an excuse to refuse shipment and are only entitled to the $100 refund.

**Referral Program**

When you own a massage chair, and see the positive effects it has on your life, it's only natural to want to share those good feelings with friends and family. Our customers are our best sales people, and that's why Premier Health Products offers a generous referral program for our existing customers. If you have already purchased a Premier Health Products chair, and then you recommend a Premier chair to a friend or relative, Premier Health Products will send you a check for $100! Sound simple? It is! Just make sure that the person you refer to us mentions your name at the time of purchase, and after the thirty day trial period, as long as he or she hasn't returned the chair, we'll put your check in the mail!

* Offer only good for deliveries within the USA, AK and HI excluded.

** Orders that do not ship on time due to entry errors or insufficient funds do not qualify for refund. In these cases we will do our best to notify customers in time to resolve any issues before 2pm EST Monday December 17th. For all customers paying with ATM we recommend you contact your bank and notify them in advance of the charge to avoid billing delays.

**LIMITED CUSTOMER WARRANTY**
(PHP2021, PHP2023, PHP2026, PHP2027 and PHP 2030)

(For products purchased after August 1, 2003)

WARRANTY, subject to limitations set forth herein.

**(A)** Labor: If during the Five (5) YEAR period commencing on the date of delivery to the original owner, any defect shall occur which is covered under this Limited Warranty (see limitation section below), Premier Health Products will provide labor without charge.

**(B)** Parts: If any defect shall occur within the first Five (5) Year time period on the covered parts, Premier Health Products will repair or replace those parts.

**(C)** Shipping: Return shipping to our service center will be paid by Premier Health Products for the first One (1) Year. Boxing, packaging material and availability for pickup of any items to be returned for repair will be the responsibility of the customer. Return shipping only applies to chairs sold and delivered in the contiguous 48 United States of America.

**SERVICE:**

**(A)** To obtain service, call the warranty Service Authorization Center at 303-670-8882. If upon examination by the service center no breakdown is found, you will be responsible for all charges incurred.

**LIMITATIONS:**

CONSUMER WARRANTY LIMITATIONS AND EXCLUSIONS:

This Limited Warranty shall be void if in the sole discretion of Premier Health Products the defect was caused by accident, misuse and improper or unauthorized service, alteration or tampering.

The Limited Warranty does not include costs for unnecessary service calls, including costs for service solely for the

**Premier Health Products Policies**                                                                 Page 5 of 5

purpose of educating the customer about the product.

Warranties are only valid within the United States and Canada provided the equipment has been operated according to the instructions accompanying it. The warranty only applies to the product and does not include any accessories or enhancements.

This Limited Warranty does not cover upholstery or covering.

Softening of foams and filling composites in pillows, pads, and memory foam kits do not constitute a defect under this warranty as those items naturally soften with use.

Fading, wear and pilling of fabrics does not constitute a defect under this warranty as those conditions naturally occur with fabrics.

Natural markings, grain, and dye variations in leather does not constitute a defect under this warranty as no two pieces of leather are alike.

Warranties do not cover any loss or damage resulting from: improper installation, unauthorized repairs or modifications, improper use of electrical/power supply, loss of power; dropped product, a malfunction or damage of an operating part from failure to provide manufacturer's recommended maintenance; transportation damage; theft, abuse, misuse, neglect, vandalism, or environmental conditions (fire, floods, rust, corrosion, sand, dirt, windstorm, hail, earthquake, or exposure to weather conditions); loss of use during the period the product is at a repair facility or otherwise awaiting parts or repair. Damage incurred due to shipping and handling does not constitute a defect under this warranty.

Under no circumstance shall Premier Health Products or its representatives be liable for indirect, consequential, or incidental damages (including damages for lost profits, business interruption, bodily injury, medical, and the like), even if any party has been advised of the possibility of such damages.

Warranties are non-transferable and shall be in lieu of any other warranty, express or implied, including but not limited to any implied warranty or merchantability or fitness for particular use. Premier Health Product's sole liability and the purchaser's exclusive remedy shall be for the repair, or at Premier Health Product's option, for the replacement of the defective part. Notwithstanding the above, if replacements parts for defective materials are not available, Premier Health Products reserves the right to make substitutions in lieu of repair or replacement.

All Warranties begin on DATE OF PURCHASE, no allowance or extension is offered for delivery and/or installation.

Warranties do not apply to demonstration, rental, business, commercial, institutional, or other non-residential users.

 

premier massage chairs home | all massage chairs | massage chair comparison | testimonials | policies | contact us

premier massage chairs blog | site map | articles | partners | premier massage chair php-2022 | php-2030 | premier health products

All rights reserved.   info@premiermassagechairs.org Copyright 2005-2007 ©
**Premier Massage Chairs**

# Premier Health Products

home page

our massage chairs

comparison chart

testimonials

our policies

contact us

track shipping



**If you have any questions about our electric massage chairs, please feel free to contact us by phone or e-mail. We look forward to helping you in any way we can.  Thank you for visiting.**




**FREE**
Buyer's Guide  **Email Address**  

## Contact Us About Our Electric Massage Chairs

**Sales Information**

Email — info@premiermassagechairs.org

Toll Free — 1-866-801-2113

Contact Person — Chuck Wheeler - Director Of Sales

Hours — Sat - Sun 7am-8pm MST

**Website Feedback**

Report A Problem — web@premiermassagechairs.org

**Shipping Inquiry** — ship@premiermassagechairs.org

**Technical Support** — tech@premiermassagechairs.org

**Accounting** — act@premiermassagechairs.org

**Mailing Address:**

Premier Massage Chairs
29340 Industrial Way #402
Evergreen, CO 80439

Though not a formal

Contact Premier Health Products

**showroom, some chairs
may be available for
testing at this location.**

**PLEASE CALL FOR AN
APPOINTMENT**

premier massage chairs home | all massage chairs | massage chair comparison | testimonials | policies | contact us

premier massage chairs blog | site map | articles | partners | premier massage chair php-2022 | php-2030 | premier health products

All rights reserved.   info@premiermassagechairs.org Copyright 2005-2007 ©
**Premier Massage Chairs**

# Premier Massage Chairs

home page

our massage chairs

comparison chart

testimonials

our policies

contact us

track shipping

**FREE**
Buyer's Guide  **Email Address**



**Automatic Tracking**
Check on your order whenever you want with just a click. Its yet another advantage you get when you order direct from Premier Massage Chairs.

## Premier Massage Chair Tracking Information

## Online Massage Chair Tracking - For Peace of Mind

Premier Massage Chairs provides online tracking information for all of its products. In order to track your package, please have your order number available.

- **If You Ordered a PHP-2022**
  Your tracking numbers were sent to you in an email. You can use the first link in the box to track your package with Federal Express. You can use the link below to visit the FedEx tracking page.

- **If You Ordered a PHP-2030**
  Your order was shipped with DHL Danzas, and your order number IS your tracking number. For instructions on how to use your order number to track your package, read the instructions below.

## Tracking Links
### Click on the links below to track your package.

**If you ordered a PHP 2022:**

http://www.fedex.com/Tracking?

link=1&cntry_code=us&lid=//Track//Pack+Track+Corp

**If you ordered a PHP-2030:**

https://interactive1.dhl.com/TrackReport/controller/anontrack

## Finding Your Tracking Number - PHP-2030

The first email you received from us was an automatic confirmation of your order. The next email contained a 4 digit Order Number. See the example below.

The letters "SEA", combined with your 4 digit order number, form your tracking number. In the example shown, the tracking number is **SEA2351.**

Massage Chair Tracking Information

Thank You For Your Order John Smith
Your Order Number Is: 2351
Date Of Order: 5/17/2007 10:29:00 AM
Order Status: New Order
Order Notes:
39110-2344

**This Is Your
Order Number**

Billing Information:

John Smith
johnsmith@yahoo.com
555-555-5555
2014 Main St.
Anywhere, USA

Payment Information:

Paid Via Credit Card
Name as it appear on card: John Smith
Card Type: Visa
Exp. Date (MMYY): 0110
Billing Zip Code: 27526

Shipping Information:

Shipping Method: Shipping and handling included
Shipping Information Is Same As Billing.

Product Information:

PHP2026 Black includes $255 USD S&H (po)
Standard delivery 7 day
Part#: PHP2026 Black Chair po
(Qty: 1 x $2,995.00)

**If you have any questions about our tracking system, please don't hesitate to call:**

**(866) 801-2113**

premier massage chairs home  |  all massage chairs  |  massage chair review  |
testimonials  |  policies  |  contact us  | site map
All rights reserved.  info@premiermassagechairs.org Copyright 2005-2007 © Back
**Massage Chair**

**COMPARISON**

Page 1 of 2



HUMAN TOUCH CHAIRS

Home \ Main \ Compare

You may select up to 3 products.

**WELCOME TO OUR PRODUCT LINE.**

We encourage you to explore our products below. Select the products of your choice to make a comparison.

**CHOOSE A CATEGORY**
IJoy

**CHOOSE A CHAIR**
IJoy-100

Go

Back To Product Overview

| CATEGORY | HT-125 | HT-1650 | HT-7450 |
|---|---|---|---|
| **Design Information** | | | |
| # of Colors: | 3 | 2 | 2 |
| Available Colors: | Black, Red, Cashew | Dark Chocolate, Black | Dark Chocolate, Black |
| Available Upholstery: | Leather w/ Leather Match | Uncorrected top-grain Anilin-dyed leather/ Leather match | Uncorrected top-grain Anilin-dyed leather |
| Upholstery Material: | Leather w/ Leather match | Uncorrected top-grain Anilin-dyed leather/ Leather match | Uncorrected top-grain Anilin-dyed leather |
| Armrest Material: | Leather w/ Leather Match | Uncorrected top-grain Anilin-dyed leather/ Leather match | Leather w/ Leather Match |
| **Massage Features** | | | |
| Massage Track: | Contour | Curved | Straight |
| Massage Robot: | Human Touch Massage System™ - Quad Rollers w/ Triple Motors | Quad Rollers w/ Triple Motors Human Touch Massage System™ - Kneading, Compression, Percussion, Kneading/Percussion, Rolling full, Rolling Zone, 3-level width control, 3-level height control, | Human Touch Massage System™ - Quad Rollers w/ Triple Motors, Lumbar heat, Acupoint Detection Kneading, Compression, Percussion, Kneading/Percussion, Rolling full, Rolling Zone, 3-level width control, 3-level height control, 8 |
| # of Pre-programmed Massage Sessions: | 3 | 8 | |
| **Functions:** | | | |
| Upper Body: | - | | |
| Rolling: | 1 speed | 1 Speed | 1 Speed |
| Kneading: | 2 speeds | 2 Speeds and Auto | 2 Speeds and Auto |
| Compression: | 2 speeds | 2 speeds | 2 speeds |
| Percussion: | 2 speeds | 2 Speeds and Auto | 2 Speeds and Auto |
| Kneading/Percussion Combination | 2 speeds | 2 Speeds and Auto | 2 Speeds and Auto |
| Lower Body: | - | Seat Air Massage | Seat Air Massage |
| Range Controls: | - | Yes | Yes |
| Range Control Options: | 4 options: Full, Upper, Lower and Manual Position | 4 Options: Full, Upper, Lower and Manual Position | 4 Options: Full, Upper, Lower and Manual Position |
| Stationary Massage: "SPOT" or "Manual Position" or "Up Down Adjust" Partial Vertical Range (kneading or compression): "PARTIAL" | Variable: Kneading, Compression, Percussion and Kneading Percussion 3" | Roll, Kneading, Compression, Percussion and Kneading Percussion 3" | Roll, Kneading, Compression, Percussion and Kneading Percussion 3" |
| Vertical Massage Range: | 15", 18" ,21" | 27" | 24" |
| Manual Massage Positioning (kneading, compression or percussion): | Variable up or down | Variable up or down | Variable up or down |
| Main massage roller width adjustment: | 3 Settings | 3 Settings | 3 Settings |
| Automatic Time Shutoff: | 15 Minutes | 15 Minutes | 15 Minutes |
| Massage Head Storage in Backrest Location: | Top | Top | Top |
| Automatic Accupressure Point Detection | - | YES | YES |
| Auto Park w/ Function Stop: | Standard | Standard | Standard |
| Restore to Upright Position: | Standard | Standard | Standard |
| Vibration Function | - | Arm Vibration, Foot/Calf Vibration | - |
| Calf & Foot Massager: | 2 speeds, 1 program | Vibration: 1 Speed Manual: 2 Speeds and 2 Auto-programs | 3 speeds + auto, Width Control |

# COMPARISON

Page 2 of 2

| Dimensions | | | |
|---|---|---|---|
| Chair Reclined Dimensions: | 69"L x 28"W x 28"H | 81.5"L x 36.5"W x 26.75"H | 64"L x 28"W x 30.5"H |
| Chair Upright Dimensions: | 43"L x 28"W x 42"H | | 46.5"L x 28"W x 48.25"H |
| Shipping Dimensions: | 45"L x 31"W x 30"H | 65" X 40" X 30" | 46" X 30.5" X 36" |
| ube Dimensions: | 23.8 | | 29.2 |
| oor Weight Lbs: | 139 lbs. | 247 lbs | 241 lbs |
| **General Information** | | | |
| Backrest: | Power Recline | Power Recline | Power Recline |
| Recline Angle: | 120-170 Degrees | 110-170 Degrees | 115-160 Degrees |
| Rotation Swivel: | 60 Degrees (left to right) | | |
| Voltage: | 120 | 110-120 | 110-120 |
| Regulatory Certification: | cETL/CE | cETL/CE | cETL/CE |
| Included Accessories: | Massage Softening Pad | Massage Softening Pad, Head Pillow, Luxury Ergo Pillow, Power Cord | Massage Softening Pad, Head Pillow, Power Cord |
| Warranty: | 3 Year Limited | 5 Year Limited | 5 Year Limited |

Copyright Notice | Disclaimer

# Premier Health Products

home page

our massage chairs

comparison chart

testimonials

our policies

contact us

track shipping

*Please read Premier Health Products' policies. We thank you for your business, and look forward to introducing you to the best massage that a robotic chair can provide.*

**FREE**
Buyer's Code  **Email Address**  

## Premier Health Products and Premier Massage Chairs .org Polices

**Policies**

Return and Cancellation Policy: Customer has 30 days from the time the chair is received to return for a full refund of the purchase price less the original delivery and return shipping and handling costs for Premier Health Products chairs, this does not include Inada chairs. This also applies to chairs picked up at the WA warehouse, due to the fact that the chair must be returned to the CO location for inspection. Returned massage chairs must be received in "like new" condition in the original packaging and materials, including manual, or the customer will be charged a restocking fee of 10% in addition to the cost of replacing the missing items. Financing customers are also responsible for finance processing fees on returned chairs. Massage chairs not in the original box cannot be returned. All returns must be accompanied by a Return Authorization Code or they will be refused by our receiving department.

Please call to obtain a Return Authorization Code and return shipping call tag. Customers that cancel or refuse delivery of shipped merchandise will be charged for all shipping costs and assessed a 10% restocking fee. Customer must have the chair in transit back to manufacturer on or before the 30th day. Any special services such as finance processing fees, date certain shipping, inside delivery, lift gate, white glove delivery, or unpacking of merchandise is non refundable. Orders that are cancelled prior to shipping will be assessed a six percent restocking fee to cover credit card charges incurred by our company in good faith.

It is the customer's responsibility to thoroughly inspect the chair for any freight damage or manufacturer defects and report to Premier Health Products within 3 days. Chairs damaged in shipping will be exchanged for another new chair at no cost to the customer. Do not discard boxes for 30 days, until you have assembled, inspected and tested the massage chair.

Inada, Panasonic, Interactive Health, ProMed, Vending, massage chairs are sold with out the option to return. These chairs are brand new and cannot be returned for any reason. This will be printed on your invoice and you will be asked to sign it prior to shipping. *← Not true*

This Limited Warranty shall be void if, in the sole discretion of <u>Premier Massage Chairs</u> .org, the defect was caused by accident, misuse, improper or unauthorized service, alteration or tampering. In addition, this Limited Warranty does not cover upholstery or covering, damage or loss resulting from foreign matter or electricity defective due to the above listed circumstances.

Limited warranty does not cover damage or loss resulting from commercial use, such as a hotel, office, or rental use of the product. These products are warranted for Ninety (90) days

The Limited Warranty does not include costs for service calls, including costs for in home service, or any shipping charges.

Standard Shipping:

**EXHIBIT**

**606**

**HT 09711**

10/2/2007

Premier Health Products Policies                                                      Page 2 of 3

Upon receipt of your order, assuming approved payment, Premier Health Products massage chairs will ship out the next business day. Within 3 business days of placing your order, you will receive via email an invoice attachment which will include the freight company's web site link and tracking number. This tracking number may not be active in the freight company's online tracking system for up to 3 days from the invoice date. You will be contacted within 7 business days of your order to schedule a delivery appointment. We are unable to track your massage chair order until it has exceeded 7 business days.

**DHL:**

The chair will be delivered to the threshold of your door. For residential deliveries, as long as the entry is on ground level, there is no additional charge. If stairs are involved (i.e., carrying the chair up to the second floor of an apartment), there will be an additional service charge of $75.

**Canadian Shipping Information:**

For Canadian shipments please call for a shipping quote in USD.
In addition to shipping, there will be additional importing charges As follows:
Broker Fees: $150.00CDN Flat Fee if using Pacific Customs Broker Ltd
Toll Free: 888-538-1566 http://pcb.ca/cont.asp
Duty: 8%

| Province of Delivery | GST | PST | HST |
|---|---|---|---|
| Alberta, Nunavut, Northwest Territories Yukon Territory | 6% | | |
| British Columbia, Manitoba, Saskatchewan | 6% | 7% | |
| New Brunswick , Newfoundland & Labrador , Nova Scotia | | | 15% |
| Ontario | 6% | 8% | |
| Prince Edward Island | 6% | 10% | |
| Quebec | 6% | 7.5% | |

**White Glove Delivery Description (additional $200):**

After we process your order the shipping company will deliver your chair in 7 to 14 business days. Prior to delivery, the shipping company will contact you to schedule a delivery time, Monday- Friday between 8am to 6pm. The shipping company will give you a 3-4 hour delivery window. When your massage chair is delivered it will be unpacked and set up for you in any room of your home. The delivery team is not trained on using the massage chair and will not be able to train the customer how to use the chair. Please consult your user manual for instructions on operation of your new massage chair. The packing material will be removed from your location, but we advise that you keep all packing material for 30 days.

**2 Day Air Freight = $125 additional shipping charge  (Included With The PHP2025 Thru 12/20/05)**

If the Customer elects to pay for 2 Day Air Freight, we guarantee to pay for expedited delivery service to your address. The shipping company will deliver the chair within 3-4 business days from the day you place your order, 1 day for us to process the order, 1 day shipping company picks up the order, and 2 days in transit. All orders placed prior to 12Noon MST will be processed and shipped on the same day. During the holiday rush a few packages (3%) may not be delivered within the 4 business days. In this instance we will refund the customer $125 that was paid for the express delivery option. Our guarantee is that we will process the order within 1 day and have it shipped the next business day but cannot be responsible if DHL does not delivery before Dec 25th. If your order arrives after Dec 25th you are entitled to a $125 express delivery refund. 30 days after you have received your chair. $125 express delivery refunds are not eligible on returned items. In no event will we be liable for any loss, damage, or delay, directly or indirectly, due to hazards, dangers, incident to a state of war, or the act of restraint of the Government, or to strikes, riots, civil commotions, or acts of God. If the Customer refuses delivery or cancels the order they will be assessed all shipping fees and 10% restocking fee.

Some customers may be considered out of bounds by DHL and must add 1 business day for delivery. You will be notified if you are out of bounds prior to shipment. To check if your zip code is out of bounds click here: http://www.us.danzas.com/frameset.cgi?winLocation=http://www.us.danzas.com/nasg/

**1 Day Air Freight = $325 additional shipping charge**

If the Customer elects to pays for 1 Day Air Freight, we guarantee to pay for expedited delivery service to your address. The shipping company will deliver the chair within 2-3 business days from the day you place your order, 1 day for us to process the order, 1 day for the shipping company to pick up the order, and 2 days in transit. All orders placed prior to

**HT 09712**

http://www.premiermassagechairs.org/our-policies.html                              10/2/2007

**Exh. 606-2**

Premier Health Products Policies                                    Page 3 of 3

12Noon MST will be processed and shipped on the same day. During the holiday rush a few packages (3%) may not be delivered within the 4 business days. In this instance we will refund the customer $325 that was paid for the express delivery option. Our guarantee is that we will process the order within 1 day and have it shipped the next business day but cannot be responsible if DHL does not deliver before Dec 25th. If your order arrives after Dec 25th you are entitled to a $325 express delivery refund. 30 days after you have received your chair. $325 express delivery refunds are not eligible on returned items. In no event will we be liable for any loss, damage, or delay, directly or indirectly, due to hazards dangers, incident to a state of war, or the act of restraint of the Government, or to strikes, riots, civil commotions, or acts of God.If the Customer refuses delivery or cancels the order, they will be assessed all shipping fees and 10% restocking fee.

Some customers may be considered out of bounds by DHL and must add 1 business day for delivery. You will be notified if you are out of bounds prior to shipment. To check if your zip code is out of bounds click here http://www.us.danzas.com/frameset.cgi?winLocation=http://www.us.danzas.com/nasg/

**Tax** will be added to all WA and CO orders.

   

premier massage chairs home | all massage chairs | massage chair comparison | testimonials | policies | contact us
premier massage chairs blog | site map | articles | partners | premier massage chair php-2022   php-2026

All rights reserved.   info@premiermassagechairs.org Copyright 2005-2007 © **Premier Massage Chairs**

**HT 09713**
10/2/2007

# Exh. 606-3

# Premier Health Products

- home page
- our massage chairs
- comparison chart
- testimonials
- our policies
- contact us
- track shipping

Compare the top rated massage chairs feature by feature below. We have included top models from Premier Health Products as well as Inada, Panasonic and Interactive Health. Decide which models best for you by using our massage chair review application!

FREE
Buyer's Guide **Email Address**

### Massage Chair Comparison Chart

For more massage chair review, please contact one of our massage chair staff members. We would be happy to compare any popular massage chair on the market to help you decide which models right for you. **1-866-801-2113**

You may also want to read La Times Massage Chair Review

*Comparison chart courtesy of EliteMassageChairs.com

Print Massage Chair Comparison Chart⊕

| Product | Premier PHP2026 - Best Seller | Premier PHP2022 | Interactive Health HT270 Stretch |
|---|---|---|---|
| Image | | | |
| **Massage Specifications** | | | |
| Strength of Massage | 10 | 9 | 9 |
| Actual Rolling Stroke (inches) | 30 | 27 | 19" |
| Advertised Rolling Stroke (inches) | 30" | 27" | 21" |
| Number of Massage Rollers | 4 | 4 | 4 |

**HT 09714**

**Exh. 606-4**

| Number of Motors Total | 11 | 5 | 2 | |
|---|---|---|---|---|
| Timer Settings (minutes) | 5-60min | 15 | 15 | |
| **Back Massage Functions** | | | | |
| Rolling, Kneading, Tapping | yes | Yes | Yes | |
| Combination Kneading and Tapping | yes | Yes | Yes | |
| Variable Roller Width Adjustment | yes | Yes | Yes | |
| Heating Element | **YES** | No | No | |
| Air Massage in Back | no | No | No | |
| Air Massage in Seat | vibration | No | No | |
| Vibration in Back | yes | No | No | |
| Vibration in Seat | yes | No | No | |
| Auto Programs | 9 | 5 | 3 | |
| **Leg and Foot Massage Features** | | | | |
| Mechanical Leg / Foot Massage | **YES** | Yes | ✗ (Yes) | ✓ |
| Mechanical Rolling in Footrest | **YES** | Yes | No | |
| Mechanical Kneading in Footrest | **YES** | Yes | ✗ (Yes) | ✓ |
| Air Massage in Leg / Foot | Mechanical | No | ✗ (No) | ✓ |
| Vibration in Footrest | no | No | No | |
| Extendabel Footrest | **YES** | No | No | ✓ |
| **Chair Specifications** | | | | |
| One Touch Recline / Return | yes | Yes | Yes | |
| Back Recline Angle | 175 | 190 | 175 | |
| Two Motor | yes | No | Yes | |

**HT 09715**

**Exh. 606-5**

Massage Chair Review

| Recline | | | |
|---|---|---|---|
| Single Motor Recline | no | Yes | No |
| Manual Recline | Mechanical | No | No |
| Removable Arms | **YES** easy to get inside home | unavailable | No |
| Leather | no | No | Half |
| Synthetic Leather | yes | Yes (3 colors) | Half |
| Dimensions - Upright W x D x H | 37" x 57" x 45" | 35" x 51" x 46" | 28" x 44" x 45" |
| Dimensions - Full Recline W x D x H | 37" x 72" x 28" | 35" x 67" x 25" | 28" x 71" x 24" |
| Warranty | 5 year parts, 5 year labor | 3year parts, 1 year labor, 1 year shipping | 90 day service, 1 year parts. 3 year structural (Frame) |
| Retail Price (MSRP) | $3,495 | $2295.00 | $1999.95 |
| Our Price | $2,995 | $1995.00 Delivered | |
| | Buy Now | Buy Now | |
| **Comments And Other Features** | | | |
| Special Features | Heat, body scanning, all mechanical massage, strongest chair available. | Zero Gravity Recline, Inversion Therapy Recline, Best massage chair under $2000! | Flip over foot rest |
| Removable Back Pad | 2 pads | Yes | Yes |
| Comments | Loaded with features, the PHP-2026 offers excellent back massage strength and maximum adjustability. Considering price, performance and the 5 year warranty its easy to see why this has been the best selling chair of 2006. | Great all mechanical foot and calf massage. Long stroke length as well as spine pressure relieving zero-gravity and inversion therapy recline settings. Above average warranty and performance. | ~~Sharper Image exclusive.~~ *No?* Good introductory level chair for the price, limited warranty, strength and stroke length. Compare with PHP-2024. |
| | More Info | More Info | |

All rights reserved.  info@premiermassagechairs.org Copyright 2005-2007 © **Premier Massage Chairs**

**HT 09716**

http://www.premiermassagechairs.org/comparison_chart.php?chair3=35&chair1=25&chai...    10/2/2007

**Exh. 606-6**

# Premier Health Products

home page
our massage chairs
comparison chart
testimonials
our policies
contact us
track shipping

Compare the top rated massage chairs feature by feature below. We have included top models from Premier Health Products as well as Inada, Panasonic and Interactive Health. Decide which models best for you by using our massage chair review application!

FREE
*Buyer's Guide*   **Email Address**

## Massage Chair Comparison Chart

For more massage chair review, please contact one of our massage chair staff members. We would be happy to compare any popular massage chair on the market to help you decide which models right for you. 1-866-801-2113

You may also want to read **La Times** Massage Chair Review

*Comparison chart courtesy of EliteMassageChairs.com*

Print Massage Chair Comparison Chart⊕

| Product | Premier PHP2026 - Best Seller | Premier PHP2022 | Interactive Health RM3-15 |
|---|---|---|---|
| Image | | | |
| **Massage Specifications** | | | |
| Strength of Massage | 10 | 9 | unavailable |
| Actual Rolling Stroke (inches) | 30 | 27 | unavailable |
| Advertised Rolling Stroke (inches) | 30" | 27" | 21" |
| Number of Massage Rollers | 4 | 4 | 4 |

http://www.premiermassagechairs.org/comparison_chart.php?chair3=36&chair1=25&chai...   10/2/2007

**HT 09717**

## Exh. 606-7

Massage Chair Review

| Number of Motors Total | 11 | 5 | 3 |
|---|---|---|---|
| Timer Settings (minutes) | 5-60min | 15 | 15 |
| **Back Massage Functions** | | | |
| Rolling, Kneading, Tapping | yes | Yes | Yes |
| Combination Kneading and Tapping | yes | Yes | Yes |
| Variable Roller Width Adjustment | yes | Yes | Yes |
| Heating Element | **YES** | No | No |
| Air Massage in Back | no | No | No |
| Air Massage in Seat | vibration | No | No |
| Vibration in Back | yes | No | No |
| Vibration in Seat | yes | No | No |
| Auto Programs | 9 | 5 | 4 |
| **Leg and Foot Massage Features** | | | |
| Mechanical Leg / Foot Massage | **YES** | Yes | N~~o~~ (Yes) |
| Mechanical Rolling in Footrest | **YES** | Yes | No |
| Mechanical Kneading in Footrest | **YES** | Yes | N~~o~~ (Yes) |
| Air Massage in Leg / Foot | Mechanical | No | (No) ~~Yes~~, foot rest separate from chair |
| Vibration in Footrest | no | No | No |
| Extendabel Footrest | **YES** | No | |
| **Chair Specifications** | | | |
| One Touch Recline / Return | yes | Yes | Yes |
| Back Recline Angle | 175 | 190 | 175 |
| Two Motor | yes | No | No |

**HT 09718**

**Exh. 606-8**

Massage Chair Review                                                          Page 3 of 3

| Recline | | | |
|---|---|---|---|
| Single Motor Recline | no | Yes | Yes |
| Manual Recline | Mechanical | No | No |
| Removable Arms | **YES** easy to get inside home | unavailable | No |
| Leather | no | No | Yes |
| Synthetic Leather | yes | Yes (3 colors) | No |
| Dimensions - Upright W x D x H | 37" x 57" x 45" | 35" x 51" x 46" | 42.5"L x 36"W x 48"H |
| Dimensions - Full Recline W x D x H | 37" x 72" x 28" | 35" x 67" x 25" | 60"L x 36"W x 24"H |
| Warranty | 5 year parts, 5 year labor | 3year parts, 1 year labor, 1 year shipping | 90 day service, 1 year parts, 3 year structural (Frame) |
| Retail Price (MSRP) | $3,495 | $2295.00 | $3795.00 |
| Our Price | $2,995 | $1995.00 Delivered | |
| | Buy Now | Buy Now | |
| **Comments And Other Features** | | | |
| Special Features | Heat, body scanning, all mechanical massage, strongest chair available. | Zero Gravity Recline, Inversion Therapy Recline, Best massage chair under $2000! | |
| Removable Back Pad | 2 pads | Yes | No |
| Comments | Loaded with features, the PHP-2026 offers excellent back massage strength and maximum adjustability. Considering price, performance and the 5 year warranty its easy to see why this has been the best selling chair of 2006. | Great all mechanical foot and calf massage. Long stroke length as well as spine pressure relieving zero-gravity and inversion therapy recline settings. Above average warranty and performance. | One of the more comfortable of the HT line, separate ottoman unique but makes placement difficult in a smaller room. Additional cost due to natural leather. Overall good. |
| | More Info | More Info | |

premier massage chairs home    all massage chairs | massage chair comparison    testimonials    policies    contact us
premier massage chairs blog    site map    articles | partners | premier massage chair php-2022 ' php-2026

All rights reserved.    info@premiermassagechairs.org Copyright 2005-2007 © **Premier Massage Chairs**

**HT 09719**

http://www.premiermassagechairs.org/comparison_chart.php?chair3=36&chair1=25&chai...    10/2/2007

# Exh. 606-9

Massage Chair Review

# Premier Health Products

home page

our massage chairs

comparison chart

testimonials

our policies

contact us

track shipping

Compare the top rated massage chairs feature by feature below. We have included top models from Premier Health Products as well as Inada, Panasonic and Interactive Health. Decide which models best for you by using our massage chair review application!

**FREE** Buyer's Guide **Email Address** ▮

## Massage Chair Comparison Chart

For more massage chair review, please contact one of our massage chair staff members.  We would be happy to compare any popular massage chair on the market to help you decide which models right for you. 1-866-801-2113

You may also want to read **La Times Massage Chair Review**

*Comparison chart courtesy of EliteMassageChairs.com

Print Massage Chair Comparison Chart 

*our photography*

| Product | Premier PNP2026 - Best Seller | Premier PNP2022 | Interactive Health HT 140 |
|---|---|---|---|
| Image | | | |
| **Massage Specifications** | | | |
| Strength of Massage | 10 | 9 | unavailable ~~10~~ |
| Actual Rolling Stroke (inches) | 30 | 27 | ~~unavailable~~ *pseudo* |
| Advertised Rolling Stroke (inches) | 30" | 27" | 25.5" |
| Number of Massage Rollers | 4 | 4 | 4 |

*insert not evaluated*
*production number*

**HT 09720**

http://www.premiermassagechairs.org/comparison_chart.php?chair3=34&chair1=25&chai...   10/2/2007

*Opinions*

**Exh. 606-10**

*25.5*

Massage Chair Review                                                Page 2 of 3

| Number of Motors Total | 11 | 5 | 3 | |
|---|---|---|---|---|
| Timer Settings (minutes) | 5-60min | 15 | 15 | |
| **Back Massage Functions** | | | | |
| Rolling, Kneading, Tapping | yes | Yes | Yes | |
| Combination Kneading and Tapping | yes | Yes | Yes | |
| Variable Roller Width Adjustment | yes | Yes | Yes | |
| Heating Element | **YES** | No | No | |
| Air Massage in Back | no | No | No | |
| Air Massage in Seat | vibration | No | No | |
| Vibration in Back | yes | No | No | |
| Vibration in Seat | yes | No | No | |
| Auto Programs | 9 | 5 | 3 | |
| **Leg and Foot Massage Features** | | | | |
| Mechanical Leg / Foot Massage | **YES** | Yes | N̶o̶ (Yes) | |
| Mechanical Rolling in Footrest | **YES** | Yes | No | |
| Mechanical Kneading in Footrest | **YES** | Yes | N̶o̶ (Yes) | |
| Air Massage in Leg / Foot | Mechanical | No | Y̶e̶s̶ (No) | |
| Vibration in Footrest | no | No | No | |
| Extendabel Footrest | **YES** | No | N̶o̶ (Yes) | |
| **Chair Specifications** | | | | |
| One Touch Recline / Return | yes | Yes | Yes | |
| Back Recline Angle | 175 | 190 | 170 | |
| Two Motor | yes | No | Yes | |

**HT 09721**

http://www.premiermassagechairs.org/comparison_chart.php?chair3=34&chair1=25&chai...   10/2/2007

**Exh. 606-11**

Massage Chair Review                                                    Page 3 of 3

| Recline | | | |
|---|---|---|---|
| Single Motor Recline | no | Yes | No |
| Manual Recline | Mechanical | No | No |
| Removable Arms | **YES** easy to get inside home | unavailable | No |
| Leather | no | No | Half |
| Synthetic Leather | yes | Yes (3 colors) | Half |
| Dimensions - Upright W x D x H | 37" x 57" x 45" | 35" x 51" x 46" | 45.25"L x 28.75"W x 48"H |
| Dimensions - Full Recline W x D x H | 37" x 72" x 28" | 35" x 67" x 25" | 72"L x 28.75"W x 29"H |
| Warranty | 5 year parts, 5 year labor | 3year parts, 1 year labor, 1 year shipping | 90 day service, 1 year parts, 3 year structural (Frame) |
| Retail Price (MSRP) | $3,495 | $2295.00 | $2495.00 |
| Our Price | $2,995 | $1995.00 Delivered | |
| | Buy Now | Buy Now | |
| **Comments And Other Features** | | | |
| Special Features | Heat, body scanning, all mechanical massage, strongest chair available. | Zero Gravity Recline, Inversion Therapy Recline, Best massage chair under $2000! | Flip over foot rest |
| Removable Back Pad | 2 pads | Yes | Yes |
| Comments | Loaded with features, the PHP-2026 offers excellent back massage strength and maximum adjustability. Considering price, performance and the 5 year warranty its easy to see why this has been the best selling chair of 2006. | Great all mechanical foot and calf massage. Long stroke length as well as spine pressure relieving zero-gravity and inversion therapy recline settings. Above average warranty and performance. | Excellent asthetics and good stroke length but overpriced compared with similiarly priced chair models. Limited warranty. |
| | More Info | More Info | |

premier massage chairs home   all massage chairs   massage chair comparison   testimonials   policies   contact us
premier massage chairs blog | site map   articles | partners   premier massage chair php-2022   php-2026

All rights reserved.   in fo@premiermassagechairs.org Copyright 2005-2007 © Premier Massage Chairs



# Premier Health Products

home page
our massage chairs
comparison chart
testimonials
our policies
contact us
track shipping

Compare the top rated massage chairs feature by feature below. We have included top models from Premier Health Products as well as Inada, Panasonic and Interactive Health. Decide which models best for you by using our massage chair review application!

FREE
Buyer's Guide **Email Address**

### Massage Chair Comparison Chart

For more massage chair review, please contact one of our massage chair staff members. We would be happy to compare any popular massage chair on the market to help you decide which models right for you. 1-866-801-2113

You may also want to read **La Times Massage Chair Review**

*Comparison chart courtesy of EliteMassageChairs.com

Print Massage Chair Comparison Chart ⊖

*our photography*

| Product | Premier PHP2026 - Best Seller | Premier PHP2033 | Interactive Health HT 095 |
|---|---|---|---|
| Image | | | |
| **Massage Specifications** | | | |
| Strength of Massage | 10 | 9 | unavailable ~~no~~ |
| Actual Rolling Stroke (inches) | *graphics* | 27 | ~~unavailable~~ |
| Advertised Rolling Stroke (inches) | 30" | 27" | 25.5" |
| Number of Massage Rollers | 4 | 4 | 4 |

*insert not evaluted or evolution number*

**HT 09723**

**Exh. 606-13**

| | | | |
|---|---|---|---|
| Number of Motors Total | 11 | 5 | 2 |
| Timer Settings (minutes) | 5-60min | 15 | 15 |
| **Back Massage Functions** | | | |
| Rolling, Kneading, Tapping | yes | Yes | Yes |
| Combination Kneading and Tapping | yes | Yes | No |
| Variable Roller Width Adjustment | yes | Yes | No |
| Heating Element | **YES** | No | No |
| Air Massage in Back | no | No | No |
| Air Massage in Seat | vibration | No | No |
| Vibration in Back | yes | No | No |
| Vibration in Seat | yes | No | No |
| Auto Programs | 9 | 5 | 3 |
| **Leg and Foot Massage Features** | | | |
| Mechanical Leg / Foot Massage | **YES** | Yes | No |
| Mechanical Rolling in Footrest | **YES** | Yes | No |
| Mechanical Kneading in Footrest | **YES** | Yes | No |
| Air Massage in Leg / Foot | Mechanical | No | No |
| Vibration in Footrest | no | No | No |
| Extendabel Footrest | **YES** | No | |
| **Chair Specifications** | | | |
| One Touch Recline / Return | yes | Yes | No |
| Back Recline Angle | 175 | 190 | No |
| Two Motor | yes | No | No |

**HT 09724**

http://www.premiermassagechairs.org/comparison_chart.php?chair3=31&chair1=25&chai...    10/2/2007

**Exh. 606-14**

Massage Chair Review

| Recline | | | |
|---|---|---|---|
| Single Motor Recline | no | Yes | No |
| Manual Recline | Mechanical | No | Yes |
| Removable Arms | **YES** easy to get inside home | unavailable | No |
| Leather | no | No | No |
| Synthetic Leather | yes | Yes (3 colors) | Yes |
| Dimensions - Upright W x D x H | 37" x 57" x 45" | 35" x 51" x 46" | 43.75"L x 28"W x 46.5"H |
| Dimensions - Full Recline W x D x H | 37" x 72" x 28" | 35" x 67" x 25" | 68.5"L x 28"W x 30.75"H |
| Warranty | 5 year parts, 5 year labor | 3year parts, 1 year labor, 1 year shipping | 90 day service, 1 year parts, 3 year structural (Frame) |
| Retail Price (MSRP) | $3,495 | $2295.00 | $1199.00 |
| Our Price | $2,995 | $1995.00 Delivered | |
| | Buy Now | Buy Now | |
| **Comments And Other Features** | | | |
| Special Features | Heat, body scanning, all mechanical massage, strongest chair available. | Zero Gravity Recline, Inversion Therapy Recline, Best massage chair under $2000! | |
| Removable Back Pad | 2 pads | Yes | No (Yes) |
| Comments | Loaded with features, the PHP-2026 offers excellent back massage strength and maximum adjustability. Considering price, performance and the 5 year warranty its easy to see why this has been the best selling chair of 2006. | Great all mechanical foot and calf massage. Long stroke length as well as spine pressure relieving zero-gravity and inversion therapy recline settings. Above average warranty and performance. | Very limited in features, and warranty but above average stroke length for its class. |
| | More Info | More Info | |

premier massage chairs home   all massage chairs | massage chair comparison   testimonials | policies | contact us
premier massage chairs blog   site map   articles | partners | premier massage chair php-2022 | php-2026

All rights reserved.  info@premiermassagechairs.org Copyright 2005-2007 © Premier Massage Chairs

**HT 09725**

**Exh. 606-15**

# Premier Health Products

home page

our massage chairs

comparison chart

testimonials

our policies

contact us

track shipping

FREE
Buyer's Guide   **Email Address**

Compare the top rated massage chairs feature by feature below. We have included top models from Premier Health Products as well as Inada, Panasonic and Interactive Health. Decide which models best for you by using our massage chair review application!

### Massage Chair Comparison Chart

For more massage chair review, please contact one of our massage chair staff members. We would be happy to compare any popular massage chair on the market to help you decide which models right for you. 1-866-801-2113

You may also want to read **La Times Massage Chair Review**

*Comparison chart courtesy of EliteMassageChairs.com

Print Massage Chair Comparison Chart

*[handwritten: opinion]*

*[handwritten: our photography]*

| Product | Premier PHP2026 - Best Seller | Premier PHP2022 | Interactive Health HT 136 |
|---------|-------------------------------|-----------------|---------------------------|
| Image | | | |
| **Massage Specifications** | | | |
| Strength of Massage | 10 | 9 | unavailable |
| Actual Rolling Stroke (inches) | 30 | 27 | unavailable 25.5 |
| Advertised Rolling Stroke (inches) | 30" | 27" | 25.5" |
| Number of Massage Rollers | 4 | 4 | 4 |

*[handwritten right margin: "not updated" or evaluation number]*

**HT 09726**

## Exh. 606-16

Massage Chair Review                                                              Page 2 of 3

| Number of Motors Total | 11 | 5 | 3 |
|---|---|---|---|
| Timer Settings (minutes) | 5-60min | 15 | 15 |
| **Back Massage Functions** | | | |
| Rolling, Kneading, Tapping | yes | Yes | Yes |
| Combination Kneading and Tapping | yes | Yes | Yes |
| Variable Roller Width Adjustment | yes | Yes | Yes |
| Heating Element | **YES** | No | No |
| Air Massage in Back | no | No | No |
| Air Massage in Seat | vibration | No | No |
| Vibration in Back | yes | No | No |
| Vibration in Seat | yes | No | No |
| Auto Programs | 9 | 5 | 3 |
| **Leg and Foot Massage Features** | | | |
| Mechanical Leg / Foot Massage | **YES** | Yes | N̶o̶ (Yes) |
| Mechanical Rolling in Footrest | **YES** | Yes | No |
| Mechanical Kneading in Footrest | **YES** | Yes | N̶o̶ (Yes) |
| Air Massage in Leg / Foot | Mechanical | No | Y̶e̶s̶ (No) |
| Vibration in Footrest | no | No | No |
| Extendabel Footrest | **YES** | No | No |
| **Chair Specifications** | | | |
| One Touch Recline / Return | yes | Yes | Yes |
| Back Recline Angle | 175 | 190 | 170 |
| Two Motor | yes | No | Yes |

**HT 09727**

http://www.premiermassagechairs.org/comparison_chart.php?chair3=33&chair1=25&chai...    10/2/2007

**Exh. 606-17**

Massage Chair Review

Page 3 of 3

| Recline | | | |
|---|---|---|---|
| Single Motor Recline | no | Yes | No |
| Manual Recline | Mechanical | No | No |
| Removable Arms | **YES** easy to get inside home | unavailable | No |
| Leather | no | No | ~~No~~ (Yes) |
| Synthetic Leather | yes | Yes (3 colors) | Yes |
| Dimensions - Upright W x D x H | 37" x 57" x 45" | 35" x 51" x 46" | 45.25"L x 28.75"W x 48"H |
| Dimensions - Full Recline W x D x H | 37" x 72" x 28" | 35" x 67" x 25" | 72"L x 28.75"W x 29"H |
| Warranty | 5 year parts, 5 year labor | 3year parts, 1 year labor, 1 year shipping | 90 days: factory service. 1 year: parts. 3 years: structural. |
| Retail Price (MSRP) | $3,495 | $2295.00 | $1999.00 |
| Our Price | $2,995 | $1995.00 Delivered | |
| | Buy Now | Buy Now | |
| **Comments And Other Features** | | | |
| Special Features | Heat, body scanning, all mechanical massage, strongest chair available. | Zero Gravity Recline, Inversion Therapy Recline, Best massage chair under $2000! | Flip over leg rest  Mechanical off of foot |
| Removable Back Pad | 2 pads | Yes | Yes |
| Comments  DRAfTED | Loaded with features, the PHP-2026 offers excellent back massage strength and maximum adjustability. Considering price, performance and the 5 year warranty its easy to see why this has been the best selling chair of 2006. | Great all mechanical foot and calf massage. Long stroke length as well as spine pressure relieving zero-gravity and inversion therapy recline settings. Above average warranty and performance. | Limited warranty and features but above average stroke length for its class. Compare features with PHP-2024. |
| | More Info | More Info | |

premier massage chairs home   all massage chairs   massage chair comparison   testimonials   policies   contact us
premier massage chairs blog   site map   articles | partners   premier massage chair php-2022   php-2026

All rights reserved   info@premiermassagechairs.org Copyright 2005-2007 © Premier Massage Chairs

**HT 09728**

**Exh. 606-18**

Massage Chair Review

# Premier Health Products

home page

our massage chairs

comparison chart

testimonials

our policies

contact us

track shipping

Compare the top rated massage chairs feature by feature below. We have included top models from Premier Health Products as well as Inada, Panasonic and Interactive Health. Decide which models best for you using our massage chair review application!

FREE Buyer's Guide **Email Address**

## Massage Chair Comparison Chart

For more massage chair review, please contact one of our massage chair staff members. We would be happy to compare any popular massage chair on the market to help you decide which models right for you. 1-866-801-2113

You may also want to read La Times Massage Chair Review

*Comparison chart courtesy of EliteMassageChairs.com

Print Massage Chair Comparison Chart⊖

*our photography*



| Product | Premier PHP2026 – Best Seller | Premier PHP2022 | Interactive Health HT 100 |
|---------|-------------------------------|-----------------|---------------------------|
| Image | | | |
| **Massage Specifications** | | | |
| Strength of Massage | 10 | 9 | ~~unavailable~~ *10.0* |
| Actual Rolling Stroke (inches) | 30 | 27 | unavailable |
| Advertised Rolling Stroke (inches) | 30" | 27" | 20" |
| Number of Massage Rollers | 4 | 4 | 4 |

**HT 09729**

*opinion*

**Exh. 606-19** *isn't not evolated or evaluation number*

Massage Chair Review

| Number of Motors Total | 11 | 5 | unavailable |
|---|---|---|---|
| Timer Settings (minutes) | 5-60min | 15 | 15 |
| **Back Massage Functions** | | | |
| Rolling, Kneading, Tapping | yes | Yes | Yes |
| Combination Kneading and Tapping | yes | Yes | No |
| Variable Roller Width Adjustment | yes | Yes | No |
| Heating Element | **YES** | No | No |
| Air Massage in Back | no | No | No |
| Air Massage in Seat | vibration | No | No |
| Vibration in Back | yes | No | No |
| Vibration in Seat | yes | No | No |
| Auto Programs | 9 | 5 | 3 |
| **Leg and Foot Massage Features** | | | |
| Mechanical Leg / Foot Massage | **YES** | Yes | ~~No~~ (Yes) |
| Mechanical Rolling in Footrest | **YES** | Yes | No |
| Mechanical Kneading in Footrest | **YES** | Yes | Yes |
| Air Massage in Leg / Foot | Mechanical | No | ~~Yes~~ (No) |
| Vibration in Footrest | no | No | No |
| Extendabel Footrest | **YES** | No | |
| **Chair Specifications** | | | |
| One Touch Recline / Return | yes | Yes | Yes |
| Back Recline Angle | 175 | 190 | 170 |
| Two Motor | yes | No | No |

**HT 09730**

**Exh. 606-20**

Massage Chair Review

| Recline | | | |
|---|---|---|---|
| Single Motor Recline | no | Yes | Yes |
| Manual Recline | Mechanical | No | No |
| Removable Arms | **YES** easy to get inside home | unavailable | No |
| Leather | no | No | No |
| Synthetic Leather | yes | Yes (3 colors) | Yes |
| Dimensions - Upright W x D x H | 37" x 57" x 45" | 35" x 51" x 46" | 45"L x 28"W x 45"H |
| Dimensions - Full Recline W x D x H | 37" x 72" x 28" | 35" x 67" x 25" | 68"L x 28"W x 28"H |
| Warranty | 5 year parts, 5 year labor | 3year parts, 1 year labor, 1 year shipping | 90 day service, 1 year parts, 3 year structural (Frame) |
| Retail Price (MSRP) | $3,495 | $2295.00 | $1499.00 |
| Our Price | $2,995 | $1995.00 Delivered | |
| | Buy Now | Buy Now | |
| **Comments And Other Features** | | | |
| Special Features | Heat, body scanning, all mechanical massage, strongest chair available. | Zero Gravity Recline, Inversion Therapy Recline, Best massage chair under $2000! | |
| Removable Back Pad | 2 pads | Yes | Yes |
| Comments | Loaded with features, the PHP-2026 offers excellent back massage strength and maximum adjustability. Considering price, performance and the 5 year warranty its easy to see why this has been the best selling chair of 2006. | Great all mechanical foot and calf massage. Long stroke length as well as spine pressure relieving zero-gravity and inversion therapy recline settings. Above average warranty and performance. | A nice step up from the HT 095 for the price, although rolling stroke much too short and the warranty could be better. Overall average. |
| | More Info | More Info | |

premier massage chairs home | all massage chairs | massage chair comparison | testimonials | policies | contact us
premier massage chairs blog | site map | articles | partners | premier massage chair php-2022 | php-2026

All rights reserved.   info@premiermassagechairs.org Copyright 2005-2007 © **Premier Massage Chairs**

**HT 09731**

**Exh. 606-21**

# Premier Health Products

home page

our massage chairs

comparison chart

test monials

our policies

contact us

track shipping

Compare the top rated massage chairs feature by feature below. We have included top models from Premier Health Products as well as Inaba, Panasonic and Interactive Health. Decide which models best for you by using our massage chair review application!

FREE
Buyer's Guide   **Email Address**

### Massage Chair Comparison Chart

For more massage chair review, please contact one of our massage chair staff members. We would be happy to compare any popular massage chair on the market to help you decide which models right for you. 1-866-801-2113

You may also want to read La Times Massage Chair Review

*Comparison chart courtesy of EliteMassageChairs.com

Print Massage Chair Comparison Chart ⊖

*our photography* (handwritten)

| Product | Premier PHP2026 - Best Seller | Premier PHP2022 | Interactive Health HT 128 |
|---|---|---|---|
| Image | | | |
| **Massage Specifications** | | | |
| Strength of Massage | 10 | 9 | unavailable |
| Actual Rolling Stroke (inches) | 30 | 27 | unavailable  *21* (handwritten) |
| Advertised Rolling Stroke (inches) | 30" | 27" | 21" |
| Number of Massage Rollers | 4 | 4 | 4 |

**HT 09732**

**Exh. 606-22**   *Insert "interpolated" or evaluation number* (handwritten)

| Number of Motors Total | 11 | 5 | 3 |
|---|---|---|---|
| Timer Settings (minutes) | 5-60min | 15 | 15 |
| **Back Massage Functions** | | | |
| Rolling, Kneading, Tapping | yes | Yes | Yes |
| Combination Kneading and Tapping | yes | Yes | Yes |
| Variable Roller Width Adjustment | yes | Yes | No |
| Heating Element | **YES** | No | No |
| Air Massage in Back | no | No | No |
| Air Massage in Seat | vibration | No | No |
| Vibration in Back | yes | No | No |
| Vibration in Seat | yes | No | No |
| Auto Programs | 9 | 5 | 3 |
| **Leg and Foot Massage Features** | | | |
| Mechanical Leg / Foot Massage | **YES** | Yes | No (Yes) |
| Mechanical Rolling in Footrest | **YES** | Yes | No |
| Mechanical Kneading in Footrest | **YES** | Yes | No (Yes) |
| Air Massage in Leg / Foot | Mechanical | No | Yes (No) |
| Vibration in Footrest | no | No | No |
| Extendabel Footrest | **YES** | No | |
| **Chair Specifications** | | | |
| One Touch Recline / Return | yes | Yes | Yes |
| Back Recline Angle | 175 | 190 | 170 |
| Two Motor | yes | No | Yes |

**HT 09733**

**Exh. 606-23**

Massage Chair Review

| Recline | | | |
|---|---|---|---|
| Single Motor Recline | no | Yes | No |
| Manual Recline | Mechanical | No | No |
| Removable Arms | **YES** easy to get inside home | unavailable | No |
| Leather | no | No | ~~No~~ (Yes) |
| Synthetic Leather | yes | Yes (3 colors) | Yes |
| Dimensions - Upright W x D x H | 37" x 57" x 45" | 35" x 51" x 46" | 47"L x 28"W x 45"H |
| Dimensions - Full Recline W x D x H | 37" x 72" x 28" | 35" x 67" x 25" | 69"L x 28"W x 28"H |
| Warranty | 5 year parts, 5 year labor | 3year parts, 1 year labor, 1 year shipping | 90 day service, 1 year parts, 3 year structural (Frame) |
| Retail Price (MSRP) | $3,495 | $2295.00 | $1999.00 |
| Our Price | $2,995 | $1995.00 Delivered | |
| | Buy Now | Buy Now | |
| **Comments And Other Features** | | | |
| Special Features | Heat, body scanning, all mechanical massage, strongest chair available. | Zero Gravity Recline, Inversion Therapy Recline, Best massage chair under $2000! | *Rotates foot rist* *Mechanical calf adjust easy* |
| Removable Back Pad | 2 pads | Yes | Yes |
| Comments | Loaded with features, the PHP-2026 offers excellent back massage strength and maximum adjustability. Considering price, performance and the 5 year warranty its easy to see why this has been the best selling chair of 2006. | Great all mechanical foot and calf massage. Long stroke length as well as spine pressure relieving zero-gravity and inversion therapy recline settings. Above average warranty and performance. | Nice looking massage chairs, limited stroke and warranty. Compare features with PHP-2024. |
| | More Info | More Info | |

premier massage chairs home   all massage chairs   massage chair comparison   testimonials   policies   contact us
premier massage chairs blog   site map   articles   partners   premier massage chair php-2022   php-2026
All rights reserved.   info@premiermassagechairs.org Copyright 2005-2007 © **Premier Massage Chairs**

*inset consistent*

**HT 09734**

**Exh. 606-24**

# Premier Health Products

home page

our massage chairs

comparison chart

testimonials

our policies

contact us

track shipping

Compare the top rated massage chairs feature by feature below. We have included top models from Premier Health Products as well as Inada, Panasonic and Interactive Health. Decide which models best for you by using our massage chair review application!

**FREE**
Buyer's Guide  **Email Address**

## Massage Chair Comparison Chart

For more massage chair review, please contact one of our massage chair staff members.  We would be happy to compare any popular massage chair on the market to help you decide which models right for you. 1-866-801-2113

You may also want to read La Times Massage Chair Review

*Comparison chart courtesy of EliteMassageChairs.com

Print Massage Chair Comparison Chart 

*our photography*

| Product | Premier PHP2026 – Best Seller | Premier PHP2022 | Interactive Health HT 135 |
|---------|-------------------------------|-----------------|---------------------------|
| Image | | | |
| **Massage Specifications** | | | |
| Strength of Massage | 10 | 9 | ~~unavailable~~ |
| Actual Rolling Stroke (inches) | 30 | 27 | ~~unavailable~~ |
| Advertised Rolling Stroke (inches) | 30" | 27" | 21" |
| Number of Massage Rollers | 4 | 4 | 4 |

*21*

**HT 09735**

**Exh. 606-25**

*opinion*

*insert not predicted or production numbers*

Massage Chair Review                                                            Page 2 of 3

| Number of Motors Total | 11 | 5 | 3 |
|---|---|---|---|
| Timer Settings (minutes) | 5-60min | 15 | 15 |
| **Back Massage Functions** | | | |
| Rolling, Kneading, Tapping | yes | Yes | Yes |
| Combination Kneading and Tapping | yes | Yes | Yes |
| Variable Roller Width Adjustment | yes | Yes | No |
| Heating Element | **YES** | No | No |
| Air Massage in Back | no | No | No |
| Air Massage in Seat | vibration | No | Np |
| Vibration in Back | yes | No | No |
| Vibration in Seat | yes | No | No |
| Auto Programs | 9 | 5 | 3 |
| **Leg and Foot Massage Features** | | | |
| Mechanical Leg / Foot Massage | **YES** | Yes | No (Yes) |
| Mechanical Rolling in Footrest | **YES** | Yes | No |
| Mechanical Kneading in Footrest | **YES** | Yes | No (Yes) |
| Air Massage in Leg / Foot | Mechanical | No | Yes (No) |
| Vibration in Footrest | no | No | No |
| Extendabel Footrest | **YES** | No | No |
| **Chair Specifications** | | | |
| One Touch Recline / Return | yes | Yes | Yes |
| Back Recline Angle | 175 | 190 | 170 |
| Two Motor | yes | No | No |

**HT 09736**

http://www.premiermassagechairs.org/comparison_chart.php?chair3=32&chair1=25&chai...    10/2/2007

# Exh. 606-26

Massage Chair Review

Page 3 of 3

| Recline | | | |
|---|---|---|---|
| Single Motor Recline | no | Yes | Yes |
| Manual Recline | Mechanical | No | No |
| Removable Arms | YES easy to get inside home | unavailable | No |
| Leather | no | No | No (Yes) |
| Synthetic Leather | yes | Yes (3 colors) | Yes |
| Dimensions - Upright W x D x H | 37" x 57" x 45" | 35" x 51" x 46" | 47"L x 29"W x 44"H |
| Dimensions - Full Recline W x D x H | 37" x 72" x 28" | 35" x 67" x 25" | 69"L x 29"W x 27"H |
| Warranty | 5 year parts, 5 year labor | 3year parts, 1 year labor, 1 year shipping | 90 day service, 1 year parts, 3 year structural (Frame) |
| Retail Price (MSRP) | $3,495 | $2295.00 | $1999.00 |
| Our Price | $2,995 | $1995.00 Delivered | |
| | Buy Now | Buy Now | |
| **Comments And Other Features** | | | |
| Special Features | Heat, body scanning, all mechanical massage, strongest chair available. | Zero Gravity Recline, Inversion Therapy Recline, Best massage chair under $2000! | Rotable foot ras |
| Removable Back Pad | 2 pads | Yes | Yes |
| Comments | Loaded with features, the PHP-2026 offers excellent back massage strength and maximum adjustability. Considering price, performance and the 5 year warranty its easy to see why this has been the best selling chair of 2006. | Great all mechanical foot and calf massage. Long stroke length as well as spine pressure relieving zero-gravity and inversion therapy recline settings. Above average warranty and performance. | Nice appearance but limited stroke length and warranty. Compare features with class leading PHP-2024. |
| | More Info | More Info | |

*opinion*

premier massage chairs home | all massage chairs | massage chair comparison | testimonials | policies | contact us
premier massage chairs blog | site map | articles | partners | premier massage chair php-2022 | php-2026
All rights reserved | info@premiermassagechairs.org Copyright 2005-2007 © Premier Massage Chairs

*✱ make consistent*

**HT 09737**

**Exh. 606-27**

Massage Chair Review

Page 1 of 3

# Premier Health Products

home page

our massage chairs

comparison chart

testimonials

our policies

contact us

track shipping

Compare the top rated massage chairs feature by feature below. We have included top models from Premier Health Products as well as Inada, Panasonic and Interactive Health. Decide which models best for you by using our massage chair review application!

FREE
Buyer's Guide **Email Address**

## Massage Chair Comparison Chart

For more massage chair review, please contact one of our massage chair staff members. We would be happy to compare any popular massage chair on the market to help you decide which models right for you. 1-866-801-2113

You may also want to read La Times Massage Chair Review

*Comparison chart courtesy of EliteMassageChairs.com

Print Massage Chair Comparison Chart 

*our photography*

| Product | Premier PHP2026 - Best Seller | Premier PHP2022 | Interactive Health HT 104 |
|---------|------------------------------|-----------------|---------------------------|
| Image | | | |
| **Massage Specifications** | | | |
| Strength of Massage | 10 | 9 | unavailable |
| Actual Rolling Stroke (inches) | 30 | 27 | unavailable |
| Advertised Rolling Stroke (inches) | 30" | 27" | 25.5" |
| Number of Massage Rollers | 4 | 4 | 4 |

**HT 09738**

Ophir

**Exh. 606-28**

| Number of Motors Total | 11 | 5 | 2 |
|---|---|---|---|
| Timer Settings (minutes) | 5-60min | 15 | 15 |
| **Back Massage Functions** | | | |
| Rolling, Kneading, Tapping | yes | Yes | Yes |
| Combination Kneading and Tapping | yes | Yes | No |
| Variable Roller Width Adjustment | yes | Yes | unavailable |
| Heating Element | **YES** | No | No |
| Air Massage in Back | no | No | No |
| Air Massage in Seat | vibration | No | No |
| Vibration in Back | yes | No | No |
| Vibration in Seat | yes | No | No |
| Auto Programs | 9 | 5 | 2 |
| **Leg and Foot Massage Features** | | | |
| Mechanical Leg / Foot Massage | **YES** | Yes | No (Yes) |
| Mechanical Rolling in Footrest | **YES** | Yes | No |
| Mechanical Kneading in Footrest | **YES** | Yes | No (Yes) |
| Air Massage in Leg / Foot | Mechanical | No | Yes (No) |
| Vibration in Footrest | no | No | No |
| Extendabel Footrest | **YES** | No | |
| **Chair Specifications** | | | |
| One Touch Recline / Return | yes | Yes | No |
| Back Recline Angle | 175 | 190 | 170 |
| Two Motor | yes | No | No |

**HT 09739**

**Exh. 606-29**

Massage Chair Review                                                                 Page 3 of 3

| Recline | | | |
|---|---|---|---|
| Single Motor Recline | no | Yes | No |
| Manual Recline | Mechanical | No | Yes |
| Removable Arms | **YES** easy to get inside home | unavailable | No |
| Leather | no | No | No |
| Synthetic Leather | yes | Yes (3 colors) | Yes |
| Dimensions - Upright W x D x H | 37" x 57" x 45" | 35" x 51" x 46" | 40.25"L x 28.5"W x 43.5"H |
| Dimensions - Full Recline W x D x H | 37" x 72" x 28" | 35" x 67" x 25" | 62"L x 28.5"W x 32"H |
| Warranty | 5 year parts, 5 year labor | 3year parts, 1 year labor, 1 year shipping | 90 day service, 1 year parts, 3 year structural (Frame) |
| Retail Price (MSRP) | $3,495 | $2295.00 | unavailable |
| Our Price | $2,995 | $1995.00 Delivered | |
| | Buy Now | Buy Now | |
| **Comments And Other Features** | | | |
| Special Features | Heat, body scanning, all mechanical massage, strongest chair available. | Zero Gravity Recline, Inversion Therapy Recline, Best massage chair under $2000! | |
| Removable Back Pad | 2 pads | Yes | Yes |
| Comments | Loaded with features, the PHP-2026 offers excellent back massage strength and maximum adjustability. Considering price, performance and the 5 year warranty its easy to see why this has been the best selling chair of 2006. | Great all mechanical foot and calf massage. Long stroke length as well as spine pressure relieving zero-gravity and inversion therapy recline settings. Above average warranty and performance. | Good introductory chair for the price, limited features and short warranty. |
| | More Info | More Info | |

premier massage chairs home   all massage chairs   massage chair comparison   testimonials   policies   contact us
premier massage chairs blog   site map   articles   partners   premier massage chair php-2022   php-2026
All rights reserved.   info@premiermassagechairs.org Copyright 2005-2007 © **Premier Massage Chairs**

**HT 09740**

## Exh. 606-30

### ING Wireless
18347 E. Colima Road
Rowland Heights, California 91748
Tel) 626-810-4900   Fax) 629-854-0599

**Receipt No.**

# RECEIPT

| **Customer** | | | | **Misc** | |
|---|---|---|---|---|---|
| Name | Inkap Park | | | Date | 11/15/2003 |
| Address | 885 N Elpanor St #6 | | | Order No. | |
| City | Pomona | Zip Ca | 91767 | Rep | A. KIM |
| Mobile NO. | (909) 618-3433 | | | FOB | R.H |

| Qty | Description | Unit Price | | TOTAL | |
|---|---|---|---|---|---|
| 1 | LG VX 6000       ( $50 Mail-In Rebate)<br>ESN : 05311999453<br>America Choice 400-$39.99 with 2yr Agreement | $ | 90.00 | $ | 90.00 |
| | | | | | |
| | | | SubTotal | $ | 90.00 |
| | | | Shipping | | |
| | | Tax Rate(s) | 8.25% | $ | 7.43 |
| | | | Paid | $ | (97.42) |
| | | | TOTAL | $ | 0.00 |

| **Payment** | Check |
|---|---|
| Comments | |
| Name | |
| CC # | |
| Expires | |

*Thank you for your business with ING Wireless*