SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 06-1902-VBF(PLAx)**                              Dated: **December 1, 2008**

Title:     Interactive Health LLC -v- King Kong USA, Inc.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                 None Present

**PROCEEDINGS (IN CHAMBERS):**    ORDER DENYING THE PLAINTIFFS' MOTION FOR JUDGMENT AS A MATTER OF LAW THAT CLAIMS 8 AND 9 OF THE '940 PATENT ARE VALID OR IN THE ALTERNATIVE, TO VACATE THE COURT'S HOLDING THAT CLAIMS 8 AND 9 ARE INVALID FOR OBVIOUSNESS (Dkt #710)

The court has read the Plaintiffs' Motion, the Defendants' Opposition, and the Plaintiffs' Reply and has considered the record of proceedings before this court, including the evidence presented at trial. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the court finds that oral argument is not necessary and that this matter is appropriate for decision without oral argument. **The hearing on this Motion calendared for December 8, 2008 at 1:30 pm is hereby vacated and taken off-calendar**.

MINUTES FORM 90                                          Initials of Deputy Clerk   rs
CIVIL - GEN

The Plaintiffs' Motion is **DENIED**, pursuant to the Defendants' Opposition and grounds set forth in court's August 5, 2008 minute order.  Contrary to the Plaintiffs' contention, this court finds that the Defendants met their burden of proving by clear and convincing evidence that claims 8 and 9 of the '940 patent are invalid for obviousness.  This court further finds that there are no triable issues and that the Defendants are entitled to judgment as a matter of law.

The court correctly found that claims 8 and 9 are obvious. As Defendants assert, Plaintiffs' claim construction arguments are irrelevant to the court's findings.  Even accepting Plaintiffs' proposed construction, there is an insubstantial difference between prior art (particularly the JP '187 reference) and claims 8 and 9, and those claims are invalid as obvious.

MINUTES FORM 90                                                                                         Initials of Deputy Clerk   rs
CIVIL - GEN