**DAVID A. DILLARD, CA Bar No. 97515**
e-mail: david.dillard@cph.com
**SYED A. HASAN, CA Bar No. 167323**
e-mail: art.hasan@cph.com
**GARY DUKARICH, CA Bar No. 188561**
e-mail: gary.dukarich@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiffs/Judgment Creditors,
HUMAN TOUCH, LLC and
DAITO DENKI KOGYU K.K.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMAN TOUCH, LLC (formerly INTERACTIVE HEALTH, LLC) and DAITO DENKI KOGYU K. K., d/b/a DAITO ELECTRIC MACHINE INDUSTRY COMPANY, LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> KINGKONG USA, INC. AMERICAN LIGHTING INDUSTRY, INC., BERNARD KOAY, an individual, HEALTHFIRST LLC, WFO IMPORTS, LLC, and BLAIR HAYES, an individual, <br><br> Defendants. | Case No. 2:06-cv-1902-VBF-PLA <br><br> **STIPULATION AND JOINT MOTION TO VACATE CERTAIN ORDERS AND AMEND JUDGMENT** <br><br><br> Date: July 12, 2010[1] <br> Time: 1:30 p.m. <br> Ctrm: 9 |
| AND RELATED COUNTERCLAIMS | **Hon. Valerie Baker Fairbank** |

WHEREAS, This Court on September 25, 2008 entered judgment (Dkt. # 691; the "Judgment") in favor of Plaintiffs Human Touch, LLC and Daito Denki

---

[1] While this is a joint motion and so only counsel for Plaintiffs would appear at the hearing, the parties wish to give the Court an opportunity to discuss with Plaintiffs' counsel the merits of the vacatur and amendment, if the Court desires.

-1-

Kogyu, K.K. against Defendants WFO Imports, LLC and Blair Hayes (collectively, the "Parties"), and

WHEREAS, the Parties are each an appellant, appellee, or both in an appeal and cross-appeal to the U.S. Court of Appeals for the Federal Circuit from the judgment or rulings of this Court, and

WHEREAS, the Parties have agreed to settle their differences and dismiss the appeal and cross-appeal, as a material part of which settlement they agreed to jointly move this Court to amend the Judgment;

The Parties, by and through undersigned counsel, hereby stipulate, and pursuant to Federal Rule of Civil Procedure 60(b)(5) & (6) hereby jointly move this Court to, once the mandate of the appeals court has returned, vacate the Minute Order dated August 5, 2008 and entered on August 28, 2008 (Dkt. # 641), the Minute Order dated December 1, 2008 and entered on December 2, 2008 (Dkt. # 781), and the Judgment, and supersede them all by entering an amended judgment substantially in the form lodged herewith. This joint motion is supported by the memorandum of points and authorities prepared by Plaintiffs and filed herewith.

DATED: May 25, 2010

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By /s/ Gary Dukarich
David A. Dillard
Syed A. Hasan
Gary Dukarich

Attorneys for Plaintiffs/Judgment Creditors
HUMAN TOUCH, LLC and
DAITO DENKI KOGYU K.K.

/ / /

| | | |
|---|---|---|
| 1 | DATED: May 24, 2010 | Respectfully submitted, |
| 2 | | BROWNSTEIN HYATT FARBER SCHRECK LLP |
| 4 | | By /s/ Peter J. Korneffel, Jr. |
| 5 | |    Peter J. Korneffel, Jr.<br>   Katie R. Rothman |
| 6 | | TURNER GREEN AFRASIABI & ARLEDGE |
| 7 | |    Peter R. Afriasiabi |
| 8 | | Attorneys for Defendants/Judgment Debtors WFO IMPORTS, LLC and BLAIR HAYES |

GSD IRV1119058.3-*-05/25/10 3:49 PM

CHRISTIE, PARKER & HALE, LLP

-3-