Closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMAN TOUCH, LLC (formerly INTERACTIVE HEALTH, LLC) and DAITO DENKI KOGYU K.K., d/b/a DAITO ELECTRIC MACHINE INDUSTRY COMPANY, LTD., <br><br>Plaintiffs, <br><br>vs. <br><br>KINGKONG USA, INC., AMERICAN LIGHTING INDUSTRY, INC., BERNARD KOAY, an individual, HEALTHFIRST LLC, WFO IMPORTS, LLC and BLAIR HAYES, an individual, <br><br>Defendants. | Case No. 2:06-cv-01902-VBF-PLA <br><br>**AMENDED JUDGMENT ON PATENT CLAIMS, PERMANENT INJUNCTION, AND DISMISSAL OF COUNTERCLAIM** <br><br><br>**Hon. Valerie Baker Fairbank** |
| WFO IMPORTS, LLC and BLAIR HAYES, <br><br>Counterclaim Plaintiffs, <br><br>vs. <br><br>HUMAN TOUCH, LLC and DAITO DENKI KOGYU K.K., d/b/a DAITO ELECTRIC MACHINE INDUSTRY COMPANY, LTD., <br><br>Counterclaim Defendants. | |

-1-

The patent claims and counterclaim in this action having come on regularly for jury trial, the Honorable Valerie Baker Fairbank presiding, those claims and that counterclaim having been tried to a jury, the jury having rendered its verdicts, copies of which are attached hereto as Exhibit A, the Court having made certain findings and entered a judgment (the "Judgment") thereon in favor of Plaintiffs Human Touch, LLC and Daito Denki Kogyu K.K. (collectively, "Plaintiffs") and against Defendants WFO Imports, LLC and Blair Hayes (collectively, the "WFO Defendants"); and

Upon the subsequent settlement agreement and stipulation of Plaintiffs and WFO Defendants dismissing the parties' appeals from the orders and Judgment of this Court and settling the dispute between them, and upon the parties' stipulation and joint motion to this Court to vacate certain orders and amend the Judgment; and

The mandate of the appeals court having returned to this Court, and this Court finding the parties' joint motion to be well taken;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Minute Order of this Court dated August 5, 2008 (Dkt. # 641), the Minute Order of this Court dated December 1, 2008 (Dkt. # 781), and the judgment styled "Judgment on Claims Against WFO Imports, LLC and Blair Hayes and on the Counterclaims of WFO Imports, LLC and Blair Hayes" entered on September 25, 2008 (Dkt. # 691) be, and hereby are, VACATED, SUPERSEDED AND REPLACED by this Amended Judgment;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all asserted claims of United States Patent No. 6,629,940, entitled "Lower Leg Massager and Chair Type Massaging Apparatus Using the Same," issued October 7, 2003 to the late Nobuzo Shimizu, (the "'940 Patent") are valid and enforceable against WFO Defendants and infringed by Defendant WFO Imports, LLC;

CHRISTIE, PARKER & HALE, LLP

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiffs shall have and recover from Defendant WFO Imports, LLC judgment damages in the principal amount of One Million Seven Hundred Twenty-Six Thousand Seven Hundred Twenty-Six Dollars and Fifty-Six Cents ($1,726,726.56), along with prejudgment interest in the amount of One Hundred Sixty-Seven Thousand Six Hundred Twenty-Five Dollars ($167,625.00) and taxable costs in the amount of Thirty-Nine Thousand Six Hundred Thirty Dollars ($39,630.00), for a total judgment amount of One Million Nine Hundred Thirty-Three Thousand Nine Hundred Eighty-One Dollars and Fifty-Six Cents ($1,933,981.56), along with post-judgment interest from September 25, 2008 in accordance with 28 U.S.C. § 1961;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the counterclaim of Counterclaimants WFO Imports, LLC and Blair Hayes for non-infringement and invalidity of the '940 Patent is dismissed with prejudice, that Counterclaimants take nothing thereby, and that taxed costs allocable to the counterclaim be, and hereby are, awarded against Counterclaimants and to Counterdefendants Human Touch, LLC and Daito Denki Kogyu K.K.;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that WFO Defendants, their principals, employees, and/or agents and any entity controlled by WFO Defendants or either of them, or any host of a website over which WFO Defendants or either of them controls the content, are permanently enjoined from:

(a) Making, using, advertising, promoting, displaying on the Internet, including on any website, distributing, offering to sell or selling in the United States, or importing into the United States, any massage chair having a lower leg massager, or any stand-alone lower leg massager, having a lower leg massager that is the same or not colorably different from any of the lower leg massagers in WFO Defendants' paddle-type PHP 2022, PHP 2024, PHP 2026 and

CHRISTIE, PARKER & HALE, LLP

1  PHP 2027 models of massage chairs, or assisting any other person or entity to do
2  any of the foregoing;
3          (b)  Using Plaintiff Human Touch, LLC's marks or names HUMAN
4  TOUCH, HT HUMAN TOUCH, HTT HUMAN TOUCH TECHNOLOGY or
5  INTERACTIVE HEALTH alone or in combination with other words including,
6  but not limited to HUMAN TOUCH ALGORITHM except with respect to
7  referring to a genuine Human Touch product in comparative advertisements;
8          (c)  Making any of the statements that are identified in Exhibit B
9  attached hereto which have been found to be false, but shall instead replace those
10 statements with the corrected or amended statements as identified in that
11 Exhibit B;
12         (d)  Representing that WFO Defendants or either of them, or any
13 entity controlled by WFO Defendants or either of them, or any host of a website
14 over which WFO Defendants or either of them controls the content, is a dealer or
15 distributor or reseller of any Human Touch product or that a customer can order a
16 Human Touch product from WFO Defendants or either of them or any entity
17 controlled by WFO Defendants or either of them, or any host of a website over
18 which WFO Defendants or either of them controls the content; or
19         (e)  Advertising any Human Touch product along with the
20 instruction "Call for Price" or "Call Toll Free" or any equivalent instruction to
21 obtain the price of the Human Touch product;
22
23 / / /
24
25 / / /
26
27 / / /
28

CHRISTIE, PARKER & HALE, LLP

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Amended Judgment shall be entered *nunc pro tunc* as of September 25, 2008, and that this Court shall retain jurisdiction over the Action and over the parties for purposes of enforcing this Amended Judgment and the settlement agreement between the parties.

DATED: July 9, 2010

*Valerie Baker Fairbank*
Hon. Valerie Baker Fairbank
United States District Judge

GSD PAS855143.3-*-05/25/10 1:53 PM